**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**HERBERT D. YORK,**

    Plaintiff,

v.                                  Case No. 3:10-CV-920-J-32TEM

**FELICIA D. CHESTNUT, et al.,**

    Defendants.
_____/

## INDEX TO EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Inmate Information and Disciplinary History |
| **EXHIBIT B** | Disciplinary Reports Involving Handcuff/Restraint Manipulation |
| **EXHIBIT C** | Excerpts from the Deposition of Herbert York Taken April 27, 2011 |
| **EXHIBIT D** | Affidavit of Philip Christie |
| **EXHIBIT E** | Affidavit of Joshua Harris |
| **EXHIBIT F** | Affidavit of Jonathan Nash |
| **EXHIBIT G** | Affidavit of Jesse Kelly |
| **EXHIBIT H** | Declaration of Deandra Robinson |
| **EXHIBIT I** | Declaration of Julian Parrish |
| **EXHIBIT J** | Affidavit of Felicia Chestnut |
| **EXHIBIT K** | Declaration of Inspector Kevin Snow |
| **EXHIBIT L** | Written Statement by Herbert York, Dated October 15, 2008 |
| **EXHIBIT M** | Medical Records |
| **EXHIBIT N** | Affidavit of Dr. Solorzano |
| **EXHIBIT O** | Disciplinary Reports Related to Use of Force Incident |
| **EXHIBIT P** | Transcript of Sworn Statement by Herbert York Provided to the Inspector General's Office |
| **EXHIBIT Q** | Formal Grievance 0810-213-145 |
| **EXHIBIT R** | Docket Sheet for Case No. 3:08-cv-00945-TJC-JRK |