

## Corrections Offender Network

### Inmate Population Information Detail

(This information was current as of 8/7/2011)



| | |
|---|---|
| DC Number: | B02769 |
| Name: | YORK, HERBERT D |
| Race: | BLACK |
| Sex: | MALE |
| Hair Color: | BLACK |
| Eye Color: | BROWN |
| Height: | 5'11" |
| Weight: | 150 lbs. |
| Birth Date: | ▓▓▓▓▓ |
| Initial Receipt Date: | 06/22/2005 |
| Current Facility: | UNION C.I. |
| Current Custody: | CLOSE |
| Current Release Date: | 10/26/2013 |

**VINELink** CLICK HERE for Custody Status Updates

(Release Date subject to change pending gain time award, gain time forfeiture, or review. A 'TO BE SET' Release Date is to be established pending review.)

| Aliases: |
|---|
| HERBERT D YORK |

**Current Prison Sentence History:**

| Offense Date | Offense | Sentence Date | County | Case No. | Prison Sentence Length |
|---|---|---|---|---|---|
| 10/30/2003 | ROBB. GUN/DEADLY WPN | 06/10/2005 | PALM BEACH | 0312901 | 10Y 0M 0D |


DEFENDANT'S EXHIBIT A

http://www.dc.state.fl.us/ActiveInmates/detail.asp?Bookmark=1&From=list&SessionID=

Case 3:10-cv-00920-TJC-PDB   Document 41-2   Filed 08/17/11   Page 2 of 5 PageID 218

*Note: The offense descriptions are truncated and do not necessarily reflect the crime of conviction. Please refer to the court documents or the Florida Statutes for further information or definition.*

| Incarceration History: | |
|---|---|
| **Date In-Custody** | **Date Out-of-Custody** |
| 06/22/2005 | Currently Incarcerated |

First   Previous   Next   Last   [ Return to List ]          [ New Search ]          Record: 1 of 1

*The Florida Department of Corrections updates this information regularly, to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, release date, or other information regarding an inmate.*

*This database contains public record information on felony offenders sentenced to the Department of Corrections. This information only includes offenders sentenced to state prison or state supervision. Information contained herein includes current and prior offenses. Offense types include related crimes such as attempts, conspiracies and solicitations to commit crimes. Information on offenders sentenced to county jail, county probation, or any other form of supervision is not contained. The information is derived from court records provided to the Department of Corrections and is made available as a public service to interested citizens. The Department of Corrections makes no guarantee as to the accuracy or completeness of the information contained herein. Any person who believes information provided is not accurate may contact the Department of Corrections.*

*For questions and comments, you may contact the Department of Corrections, Bureau of Classification and Central Records, at (850) 488-9859 or go to Frequently Asked Questions About Inmates for more information. This information is made available to the public and law enforcement in the interest of public safety.*

**Search Criteria:** Search Aliases: off Sex: ALL Race: ALL DC#: b02769 Offense Category: ALL Classification Status: ALL Current Custody: ALL Identifier Type: ALL County of Commitment: ALL Current Location: ALL Eye Color: ALL Hair Color: ALL

**Return to Corrections Offender Information Network**

**Privacy Policy | Accessibility**

```
                       FLORIDA DEPARTMENT OF CORRECTIONS

DC14 0 B02769                                  USER ID: DCLAJ74
NAME: YORK, HERBERT D.                 DOC NO: B02769      STATUS: ACTIVE

    **------------------------------------------------------------------**
    IIS0006           OVERALL INMATE RECORD AS OF 07/12/11    TIME: 16:04
    *-------------------------------------------------------------------*

    THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE.
    SOME DATA AS WELL AS RELEASE DATE(S) ARE SUBJECT TO CHANGE WITH THE
    AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH
    A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.

LOCATION: 213-UNION C.I.            PROVISIONAL RELEASE DATE: NO CREDITS
OVERALL TERM:  10 YRS  0MOS   0DAYS TENTATIVE RELEASE DATE:    10/26/2013
CUSTODY GR: CLOSE    SINCE:   / /   LAST PROV.AWARD:  0 DAYS ON   / /
DATE OF BIRTH: ▓▓▓▓▓▓▓   SEX: MALE  LAST GAIN TIME:   0 DAYS ON 06/30/11
BIRTHPLACE: SOUTH CAROLI  HT: 5' 11"  RACE: BLACK       EYES: BROWN
SOC.SEC.NO.:                        FBI NO:            FDLE:
FILE IMAGING: COMPLETE RECORD IMAGED
*****************************************************************************
    THE FOLLOWING DATES ARE SET BY THE PAROLE COMMISSION. QUESTIONS ABOUT
    THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT  (850) 488-1655.
CONTROL RELEASE DATE:   / /            PRESUMPTIVE PAROLE DATE: 99/99/9999
*****************************************************************************


    **------------------------------------------------------------------**
             INMATE DISCIPLINARY ACTIONS AS OF 07/12/11    TIME: 16:04
    *-------------------------------------------------------------------*


    THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
    FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

                     --- CURRENT INCARCERATION ---
     DATE      DAYS        VIOLATION                 LOCATION
    --------   ----   ---------------------      --------------------
    07/07/05     0    OBSCENE PROFANE ACT        DESOTO ANNEX
    09/12/05     0    DISRESP.TO OFFICIALS       DESOTO ANNEX
    09/12/05     0    SPOKEN THREATS             DESOTO ANNEX
    09/12/05     0    DISOBEYING ORDER           DESOTO ANNEX
    02/14/06     0    DISORDERLY CONDUCT         R.M.C.- WEST UNIT
    02/25/06     0    DISRESP.TO OFFICIALS       R.M.C.- MAIN UNIT
    04/22/06     0    OBSCENE PROFANE ACT        LAKE C.I.
    04/22/06     0    DEST. OF ST. PROP.         LAKE C.I.
    04/22/06     0    SPOKEN THREATS             LAKE C.I.
    04/24/06     0    DISORDERLY CONDUCT         LAKE C.I.
    04/24/06     0    POSS OF CONTRABAND         LAKE C.I.
    04/26/06     0    DISRESP.TO OFFICIALS       LAKE C.I.
    05/14/06     0    DISORDERLY CONDUCT         LAKE C.I.
    05/14/06     0    UNARMED ASSAULT            LAKE C.I.
    05/14/06     0    DISORDERLY CONDUCT         LAKE C.I.
    05/17/06     0    DISORDERLY CONDUCT         LAKE C.I.

                              PAGE:  1
```

| Date | Days | Offense | Location |
|---|---|---|---|
| 05/19/06 | 0 | DISRESP.TO OFFICIALS | LAKE C.I. |
| 05/24/06 | 0 | FEIGNING ILLNESS OR | LAKE C.I. |
| 06/02/06 | 0 | DISOBEYING ORDER | LAKE C.I. |
| 06/09/06 | 0 | OBSCENE PROFANE ACT | LAKE C.I. |
| 06/25/07 | 0 | UNARMED ASSAULT | CHARLOTTE C.I. |
| 07/28/07 | 0 | DISORDERLY CONDUCT | CHARLOTTE C.I. |
| 08/09/07 | 0 | DISORDERLY CONDUCT | CHARLOTTE C.I. |
| 08/11/07 | 0 | LEWD OR LASC. EXHIB. | CHARLOTTE C.I. |
| 08/11/07 | 0 | SPOKEN THREATS | CHARLOTTE C.I. |
| 08/16/07 | 0 | PART.IN DISTURBANCE | CHARLOTTE C.I. |
| 08/21/07 | 0 | DISORDERLY CONDUCT | CHARLOTTE C.I. |
| 08/23/07 | 0 | DISORDERLY CONDUCT | CHARLOTTE C.I. |
| 09/04/07 | 0 | LEWD OR LASC. EXHIB. | CHARLOTTE C.I. |
| 09/05/07 | 0 | LEWD OR LASC. EXHIB. | CHARLOTTE C.I. |
| 09/12/07 | 0 | LEWD OR LASC. EXHIB. | CHARLOTTE C.I. |
| 09/14/07 | 0 | SPOKEN THREATS | CHARLOTTE C.I. |
| 09/14/07 | 0 | DISOBEYING ORDER | CHARLOTTE C.I. |
| 09/20/07 | 0 | SPOKEN THREATS | CHARLOTTE C.I. |
| 10/03/07 | 0 | DISOBEYING ORDER | CHARLOTTE C.I. |
| 10/14/07 | 0 | DISOBEYING ORDER | CHARLOTTE C.I. |
| 10/14/07 | 0 | SPOKEN THREATS | CHARLOTTE C.I. |
| 10/18/07 | 0 | DISOBEYING ORDER | CHARLOTTE C.I. |
| 10/19/07 | 0 | LEWD OR LASC. EXHIB. | CHARLOTTE C.I. |
| 10/30/07 | 0 | UNARMED ASSAULT | CHARLOTTE C.I. |
| 12/05/07 | 0 | DISORDERLY CONDUCT | FLORIDA STATE PRISON |
| 12/05/07 | 0 | DISOBEYING ORDER | FLORIDA STATE PRISON |
| 06/25/08 | 0 | BATTERY/ATT/CO | UNION C.I. |
| 07/11/08 | 0 | DEFACING STATE PROP. | UNION C.I. |
| 08/01/08 | 0 | DISOBEYING ORDER | UNION C.I. |
| 08/01/08 | 0 | TAMPER W/SAFETY DEV | UNION C.I. |
| 09/09/08 | 90 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 09/30/08 | 90 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 10/14/08 | 0 | DISOBEYING ORDER | UNION C.I. |
| 10/14/08 | 0 | ASSAULT/ATT/CO | UNION C.I. |
| 01/22/09 | 0 | DISOBEYING ORDER | UNION C.I. |
| 01/27/09 | 0 | POSS OF WEAPONS | UNION C.I. |
| 01/27/09 | 180 | ASSAULT/ATT/CO | UNION C.I. |
| 04/28/09 | 0 | BATTERY/ATT/INMATE | UNION C.I. |
| 05/19/09 | 0 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 07/06/09 | 0 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 08/03/09 | 0 | BATTERY/ATT/CO | UNION C.I. |
| 08/04/09 | 0 | DISRESP.TO OFFICIALS | UNION C.I. |
| 08/04/09 | 0 | BATTERY/ATT/CO | UNION C.I. |
| 09/16/09 | 0 | ARSON OR ATTEMPT | UNION C.I. |
| 09/16/09 | 0 | ARSON OR ATTEMPT | UNION C.I. |
| 10/30/09 | 0 | TAMPER W/SEC. DEVICE | UNION C.I. |
| 12/14/09 | 0 | AGVT BTRY/ATT/INMATE | UNION C.I. |
| 12/14/09 | 0 | POSS OF WEAPONS | UNION C.I. |
| 01/09/10 | 60 | DISOBEYING ORDER | UNION C.I. |
| 01/09/10 | 0 | ARSON OR ATTEMPT | UNION C.I. |
| 01/15/10 | 0 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 01/26/10 | 60 | DISOBEYING ORDER | UNION C.I. |
| 03/12/10 | 0 | DISOBEYING ORDER | UNION C.I. |
| 04/04/10 | 90 | LEWD OR LASC. EXHIB. | UNION C.I. |

| Date | Days | Offense | Location |
|---|---|---|---|
| 04/29/10 | 90 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 05/03/10 | 0 | TAMPER W/SAFETY DEV | UNION C.I. |
| 05/16/10 | 90 | LEWD OR LASC. EXHIB. | UNION C.I. |
| 05/28/10 | 0 | TAMPER W/SEC. DEVICE | UNION C.I. |
| 05/28/10 | 0 | BATTERY/ATT/CO | UNION C.I. |
| 06/14/10 | 0 | DISOBEYING ORDER | UNION C.I. |
| 06/24/10 | 0 | DEST. OF ST. PROP. | UNION C.I. |
| 06/25/10 | 0 | DEST. OF ST. PROP. | UNION C.I. |
| 06/25/10 | 0 | BATTERY/ATT/STAFF | UNION C.I. |
| 07/06/10 | 0 | FIGHTING | UNION C.I. |
| 09/15/10 | 0 | DISRESP.TO OFFICIALS | UNION C.I. |
| 03/23/11 | 0 | SPOKEN THREATS | UNION C.I. |
| 04/02/11 | 0 | DISORDERLY CONDUCT | UNION C.I. |

PAGE: 3