```
                     FLORIDA DEPARTMENT OF CORRECTIONS       07/12/2011
   ISS0152 (03)             DISCIPLINARY REPORT                PAGE  1
                             LOG # 510-072012
-------------------------------------------------------------------------
   DC#: B02769   INMATE NAME: YORK, HERBERT D.        INFRACTION
   VIOLATION CODE: 0012   TITLE: UNARMED ASSAULT      DATE: 10/30/2007
   FACILITY CODE: 510    NAME: CHARLOTTE C.I.         TIME: 05:25
-------------------------------------------------------------------------
  I.  STATEMENT OF FACTS:
          ON 10/30/07 I WAS ASSIGNED AS HOUSING SERGEANT IN
          G-DORMITORY.  AT APPROXIMATELY 5:25AM LEG IRONS WERE BEING
          APPLIED TO INMATE PRIESTER, MARIO DC# L20572 IN THE 1-2 SIDE
          SALLY PORT WHEN INMATE YORK, HERBERT DC# B02769 SLIPPED HIS
          RIGHT HAND OUT OF HIS RIGHT RESTRAINT HANDCUFFS AND BEGAN
          ASSAULTING INMATE PRIESTER WITH CLOSED FIST PUNCHES TO HIS
          UPPER TORSO AND HEAD.  INMATE PRIESTER DID NOT DEFEND
          HIMSELF.  I ORDERED INMATE YORK TO CEASE HIS ACTIONS TO NO
          AVAIL.  AT THIS TIME I BROKE THE SEAL ON MY CHEMICAL AGENT
          MK 4 SABRE RED STREAM DISPENSER AND GAVE A SECOND ORDER FOR
          INMATE YORK TO CEASE HIS ACTIONS TO WHICH HE COMPLIED.  NO
          APPLICATION OF THE CHEMICAL AGENT WAS DISBURSED AND NO FORCE
          WAS USED.  BOTH INMATES WERE IN THE 1-2 SIDE SALLY PORT
          AWAITING TRANSPORT OFFICERS TO PICK THEM UP FOR OUTSIDE
          TRANSPORT.  INMATE YORK WAS INFORMED THAT HE WOULD BE
          RECEIVING A DISCIPLINARY REPORT FOR 1-2, ASSAULT, RULE
          OF PROHIBITED CONDUCT 33-601.314 F.A.C.
          THE SHIFT O.I.C. WAS NOTIFIED AND HE ADVISED ME TO FOLLOW
          THROUGH WITH A FORMAL DISCIPLINARY REPORT AS PROVIDED IN
          SECTION 33-601.304 F.A.C.
          BOTH INMATES WERE SEEN BY MEDICAL STAFF WITH NO INJURIES
          REPORTED.

      REPORT WRITTEN: 10/31/2007, AT 01:30   OFFICER: HAG01 - HATCHER, G
      ASSIGNED AND APPROVED BY: VER02 - VELEZ, R
-------------------------------------------------------------------------
  II. INVESTIGATION:
      WITNESSES:
          I/M PRIESTER, MARIO #L20572
          INMATE OFFERED STAFF ASSISTANCE: DECLINED

      INVESTIGATION BEGUN: 10/31/2007, AT 01:40   OFFICER: LYD02 - LYNCH, D
      INVESTIGATION ENDED: 11/13/2007, AT 16:20
-------------------------------------------------------------------------
  III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 11/13/2007, AT: 15:40

                       DELIVERED BY : YCS01 - YOST, CHRISTIAN S.
-------------------------------------------------------------------------
  IV. DESIGNATING AUTHORITY REVIEW   LEVEL: MAJOR   DATE: 11/14/2007
          DELAY IN THIS REPORT BEING PROCESSED WAS DUE TO INMATE BEING
          TRANSFERRED TO FLORIDA STATE PRISON AND THE COMPLETION OF
          THE INVESTIGATION BY THEM.

                       OFFICER: DMA01 - DAVIS, M. A.
-------------------------------------------------------------------------
```

DEFENDANT'S EXHIBIT B

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          07/12/2011
    ISS0152 (03)         DISCIPLINARY REPORT                  PAGE   2
                         LOG # 510-072012
--------------------------------------------------------------------------
    DC#: B02769   INMATE NAME: YORK, HERBERT D.          INFRACTION
    VIOLATION CODE: 0012   TITLE: UNARMED ASSAULT        DATE: 10/30/2007
    FACILITY CODE: 510   NAME: CHARLOTTE C.I.            TIME: 05:25
--------------------------------------------------------------------------
V.         TEAM   FINDINGS AND ACTION   DATE: 11/16/2007, AT: 05:20
       INMATE OFFERED STAFF ASSISTANCE: DECLINED
       INMATE PLEA: NO PLEA       FINDINGS: GUILTY
       INM PRESNT: N   WAIVED 24 HR NOTICE: N
    POSTPONEMENT:
    BASIS FOR DECISION:
       BASED ON OFFICER'S STATEMENT THAT WHILE RESTRAINTS WERE
       BEING PLACED ON INMATES FOR TRANSPORT, INMATE YORK, HERBERT
       #B02769 SLIPPED HIS RIGHT HAND OUT OF HIS RESTRAINTS AND
       STRUCK INMATE PRIESTER, MARIO #L20572 IN THE UPPER TORSO AND
       HEAD WITH A CLOSED FIST. WHEN THREATENED WITH USED OF
       CHEMICAL AGENT INMATE YORK COMPLIED WITH ORDERS TO CEASE HIS
       BEHAVIOR. BOTH INMATES WERE SEEN BY MEDICAL STAFF WITH NO
       INJURIES REPORTED. ALL STATEMENTS READ AND CONSIDERED.
       INMATE REFUSED TO APPEAR AT DR HEARING OR TO SIGN THE
       DC6-112D.
    HEARING DELAY COMMENTS:
       DR HEARING DELAYED BY TRANSFER OF INMATE TO FSP

    ACTIONS TAKEN:
    LOSS OF GAIN TIME:      0000; PROBATION DAYS SET: 000
    DISCIPLINARY CONFINEMENT:  60; PROBATION DAYS SET:   0 CONSECUTIVE
                               0000                    000

    RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

    TEAM CHAIRMAN:    PJD15 - POWELL, JAMES D.
    TEAM MEMBERS:     BRJ10 - BONSALL, ROBERT J.          -
--------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:   JAL00 - JOHNSON, ADRO L.      DATE: 11/18/2007
--------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:              -                  DATE: 00/00/0000
--------------------------------------------------------------------------

    INFORMATIONAL NOTES:
       MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:     0 DAYS
--------------------------------------------------------------------------
DC4-804
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS       07/12/2011
     ISS0152 (03)             DISCIPLINARY REPORT                PAGE   1
                              LOG # 213-081731
     ------------------------------------------------------------------------
      DC#: B02769    INMATE NAME: YORK, HERBERT D.            INFRACTION
      VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO           DATE: 06/25/2008
      FACILITY CODE:  213     NAME:  UNION C.I.               TIME: 08:10
     ------------------------------------------------------------------------
     I.   STATEMENT OF FACTS:
             AT APPROXIMATELY 0810 HOURS, WEDNESDAY, JUNE 25, 2008, WHILE
             ASSIGNED AS THE ADMINISTRATIVE SERGEANT IN O DORM , I WAS
             ASSISTING IN RESTRAINING AND ESCORTING INMATES WHO WERE
             PARTICIPATING IN RECREATIONAL ACTIVITIES, WHEN I WAS
             SUMMONED TO THE RECREATION YARD, VIA HAND HELD RADIO, BY
             OFFICER JOSHUA HARRIS. UPON MY ARRIVAL ON THE RECREATION
             YARD, I WAS ADVISED BY OFFICER HARRIS THAT ONCE INMATE YORK,
             HERBERT #B02769 (O1-113S) HAD ENTERED A RECREATION CAGE, HE
             MANIPULATED HIS HANDCUFFS, PLACING THEM IN THE FRONT OF HIS
             PERSON. INMATE YORK THEN BACKED UP TO THE REAR OF THE
             RECREATION CAGE AND STATED, "YOU AIN'T GETTING THESE CUFFS
             AND I'M NOT COMING OUT." INMATE YORK THEN BEGAN YELLING AND
             CURSING AT STAFF. I THEN ORDERED INMATE YORK TO RETURN TO
             HIS ASSIGNED HOUSING DUE TO HIS DISRUPTIVE BEHAVIOR, TO
             WHICH HE COMPLIED. AT THIS TIME, INMATE YORK CAME FORWARD TO
             EXIT THE CAGE AND SUDDENLY, WITHOUT WARNING INMATE YORK
             CHARGED TOWARDS ME AND STRUCK ME IN THE UPPER TORSO
             WITH BOTH OF HIS CLINCHED FISTS. FORCE THEN BECAME
             NECESSARY TO PREVENT FURTHER ASSAULT TO MY PERSON. INMATE
             YORK IS BEING CHARGED WITH DISCIPLINARY INFRACTION 1-15
             (BATTERY ON A CORRECTIONAL OFFICER) PER RULES OF PROHIBITED
             CONDUCT 33-601.304. THIS INCIDENT WAS REFERRED
             TO THE SHIFT SUPERVISOR FOR FURTHER DISPOSITION.

      REPORT WRITTEN: 06/25/2008, AT 11:30   OFFICER: BDS04 - BAILEY, D. S.
      ASSIGNED AND APPROVED BY: JMM09 - JOHNS,M. M.
     ------------------------------------------------------------------------
     II.  INVESTIGATION:
             WITNESSES:
                OFFICER J. HARRIS
                INMATE OFFERED STAFF ASSISTANCE: DECLINED

      INVESTIGATION BEGUN:  06/25/2008, AT 13:00   OFFICER: HJL44 - HERNANDEZ, JOHNNY L.
      INVESTIGATION ENDED:  06/27/2008, AT 13:40
     ------------------------------------------------------------------------
     III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 06/27/2008, AT: 13:40

                          DELIVERED BY : HJL44 - HERNANDEZ, JOHNNY L.
     ------------------------------------------------------------------------
     IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 06/30/2008

                          OFFICER: WRE12 - WOODALL, RONNIE
     ------------------------------------------------------------------------
     V.       TEAM    FINDINGS AND ACTION   DATE: 07/02/2008, AT: 05:25
             INMATE OFFERED STAFF ASSISTANCE: DECLINED
             INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
             INM PRESNT: Y   WAIVED 24 HR NOTICE: N
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS        07/12/2011
ISS0152 (03)              DISCIPLINARY REPORT                 PAGE   2
                          LOG # 213-081731
--------------------------------------------------------------------------
DC#: B02769    INMATE NAME: YORK, HERBERT D.           INFRACTION
VIOLATION CODE:  0115   TITLE: BATTERY/ATT/CO          DATE: 06/25/2008
FACILITY CODE:   213    NAME: UNION C.I.               TIME: 08:10
--------------------------------------------------------------------------
     POSTPONEMENT:
     BASIS FOR DECISION:
         THE TEAM FINDS SUBJECT GUILTY OF CHARGE 1-15 BATTERY OR
         ATTEMPT ON CO BASED UPON THE EYEWITNESS TESTIMONY OF
         SERGEANT BAILEY THAT HE OBSERVED INMATE YORK CHARGE TOWARDS
         HIM AND STRIKE HIM IN THE UPPER TORSO WITH BOTH OF HIS
         CLENCHED FISTS. ALL ATTACHMENTS REVIEWED AND CONSIDERED BY
         THE TEAM.

   ACTIONS TAKEN:
     LOSS OF GAIN TIME:       0000; PROBATION DAYS SET: 000
     DISCIPLINARY CONFINEMENT:  60; PROBATION DAYS SET:  0 CONSECUTIVE
                              0000                     000

     RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N

     TEAM CHAIRMAN:   DJE19 - DURBAN, J. E.
     TEAM MEMBERS:    CLT02 - CARRION, L. T.             -
--------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
          WARDEN:   HIM02 - HICKS, M.           DATE: 07/09/2008
--------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
          WARDEN:           -                   DATE: 00/00/0000
--------------------------------------------------------------------------
     INFORMATIONAL NOTES:
        MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    0 DAYS
--------------------------------------------------------------------------
DC4-804
```

```
                        FLORIDA DEPARTMENT OF CORRECTIONS          07/12/2011
     ISS0152 (03)            DISCIPLINARY REPORT                      PAGE  1
                              LOG # 213-090156
---------------------------------------------------------------------------
     DC#: B02769   INMATE NAME: YORK, HERBERT D.         INFRACTION
     VIOLATION CODE: 0119   TITLE: ASSAULT/ATT/CO        DATE: 01/27/2009
     FACILITY CODE: 213     NAME: UNION C.I.             TIME: 11:45
---------------------------------------------------------------------------
  I.  STATEMENT OF FACTS:
         AT APPROXIMATELY 1145 HOURS ON TUESDAY, JANUARY 27, 2009
         WHILE ASSIGNED AS HOUSING OFFICER IN U DORM, I WAS
         ATTEMPTING TO ESCORT INMATE YORK, HERBERT #B02769, U2111L,
         BACK TO HIS ASSIGNED CELL FROM THE GROUP ROOM, WHERE HE HAD
         BEEN WAITING FOR A CELL SEARCH TO BE COMPLETED OF HIS CELL.
         I THEN OBSERVED THAT THE LEATHER WAIST BELT WAS UNSECURED. I
         ATTEMPTED TO RE-SECURE THE BELT, AT WHICH TIME INMATE BACKED
         AWAY FROM ME. INMATE YORK PULLED HIS LEFT ARM FREE OF THE
         RESTRAINTS AND ATTEMPTED TO STRIKE ME IN THE FACIAL AREA,
         WHICH RESULTED IN A SPONTANEOUS USE OF FORCE TO PREVENT
         ASSAULT UPON MYSELF. INMATE YORK IS BEING CHARGED WITH
         DISCIPLINARY INFRACTION 1-19 (ATTEMPTED ASSAULT ON A
         CORRECTIONAL OFFICER) PER RULES OF PROHIBITED CONDUCT
         33-601.304. THIS INCIDENT WAS REFERRED TO THE SHIFT
         SUPERVISOR FOR FURTHER DISPOSITION.

     REPORT WRITTEN: 01/27/2009, AT 13:20   OFFICER: ADN09 - ASKEW, D. N.
     ASSIGNED AND APPROVED BY: BKW04 - BUTLER, K. W.
---------------------------------------------------------------------------
 II.  INVESTIGATION:
         INMATE OFFERED STAFF ASSISTANCE: DECLINED

     INVESTIGATION BEGUN: 01/27/2009, AT 13:40   OFFICER: KRD10 - KIRKLAND, ROBERT D.
     INVESTIGATION ENDED: 01/31/2009, AT 09:20
---------------------------------------------------------------------------
III.  INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 01/31/2009, AT: 09:20

                       DELIVERED BY : KRD10 - KIRKLAND, ROBERT D.
---------------------------------------------------------------------------
 IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 02/26/2009
         DELAY TO OBTAIN MEDICAL FORM

                       OFFICER: WRE12 - WOODALL, RONNIE
---------------------------------------------------------------------------
  V.         TEAM    FINDINGS AND ACTION    DATE: 02/27/2009, AT: 07:00
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NO PLEA    FINDINGS: GUILTY
         INM PRESNT: N   WAIVED 24 HR NOTICE: N
      POSTPONEMENT:
      BASIS FOR DECISION:
         SUBJECT WAS FOUND GUILTY OF CHARGE 1-19 BASED UPON THE
         EYEWITNESS TESTIMONY OF OFFICER ASKEW THAT SUBJECT PULLED
         HISARM FREE FROM HIS RESTRAINTS AND ATTEMPTED TO STIKE ME IN
         THE FACIAL AREA. SUBJECT REFUSED TO BE PRESENT AT THE
         HEARING AND REFUSED TO SIGN DC6-112D.
      HEARING DELAY COMMENTS:
         HEARING DELAYED DUE TO OBTAINING MEDICAL FORM.
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS           07/12/2011
ISS0152 (03)             DISCIPLINARY REPORT                    PAGE   2
                          LOG # 213-090156
-------------------------------------------------------------------------
 DC#: B02769   INMATE NAME: YORK, HERBERT D.           INFRACTION
 VIOLATION CODE: 0119   TITLE: ASSAULT/ATT/CO          DATE: 01/27/2009
 FACILITY CODE: 213    NAME: UNION C.I.                TIME: 11:45
-------------------------------------------------------------------------

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:       0000; PROBATION DAYS SET: 000
   DISCIPLINARY CONFINEMENT:  60; PROBATION DAYS SET:   0 CONSECUTIVE
   LOSS FUTURE GAIN TM      180; PROBATION DAYS SET:   0           ;
                          0000                       000

   RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
     COMMENTS:
         ALL ATTACHMENTS READ AND CONSIDERED.  OFFICER RANDOLPH WAS
         PRESENT FOR TRAINING PURPOSES.

   TEAM CHAIRMAN:   PJB09 - PARRISH, JULIAN B.
   TEAM MEMBERS:    CLT02 - CARRION, L. T.              -
-------------------------------------------------------------------------
VI.  REVIEW AND FINAL ACTION: APPROVED
         WARDEN:   HIM02 - HICKS, M.         DATE: 03/02/2009
-------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:              -              DATE: 00/00/0000
-------------------------------------------------------------------------

     INFORMATIONAL NOTES:
         MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:   360 DAYS
-------------------------------------------------------------------------
DC4-804
```

```
                    FLORIDA DEPARTMENT OF CORRECTIONS          07/12/2011
    ISSO152 (03)              DISCIPLINARY REPORT                  PAGE   1
                              LOG # 213-090852
-------------------------------------------------------------------------------
    DC#: B02769    INMATE NAME: YORK, HERBERT D.           INFRACTION
    VIOLATION CODE: 0118   TITLE: BATTERY/ATT/INMATE       DATE: 04/28/2009
    FACILITY CODE: 213    NAME: UNION C.I.                 TIME: 21:30
-------------------------------------------------------------------------------
I.  STATEMENT OF FACTS:
        NOTE THAT THIS IS A RE-WRITE OF DISCIPLINARY REPORT LOG
        #213-090790, DUE TO ADMINISTRATIVE ERROR. AT APPROXIMATELY
        2130 HOURS ON APRIL 28, 2009, WHILE ASSIGNED AS THE U DORM
        HOUSING SERGEANT, WHILE CONDUCTING SHOWER PROCEDURES IN U
        DORM QUAD FOUR, I WAS ESCORTING INMATE GILBERT, MORRIS
        #122943, HOUSED IN CELL U4-208L, FROM THE LOWER SHOWER TO
        HIS ASSIGNED CELL. INMATE YORK, HERBERT #B02769 HOUSED IN
        U4-201, RAN OUT OF THE PROGRAMS ROOM AFTER RECEIVING A
        SHAVE, SLIPPED OUT OF HIS HANDCUFFS AND GRABBED INMATE
        GILBERT'S RIGHT LEG, PUSHING HIM INTO THE STAIRS. INMATE
        YORK KICKED TOWARD INMATE GILBERT AND GRASPED INMATE GILBERT
        AROUND HIS HEAD. NOTE THIS INCIDENT RESULTED IN A
        SPONTANEOUS USE OF FORCE. INMATE YORK IS BEING CHARGED WITH
        1-18, BATTERY ON AN INMATE. THIS INCIDENT WAS REFERRED TO
        THE SHIFT SUPERVISOR FOR FURTHER DISPOSITION.

    REPORT WRITTEN: 05/05/2009, AT 19:00   OFFICER: KPJ00 - KNIPP, PETER J.
    ASSIGNED AND APPROVED BY: AGM03 - ANDERS, G. M.
-------------------------------------------------------------------------------
II. INVESTIGATION:
    WITNESSES:
        INMATE GILBERT, MORRIS #122943
        INMATE OFFERED STAFF ASSISTANCE: DECLINED

    INVESTIGATION BEGUN: 05/05/2009, AT 22:00   OFFICER: FJM20 - FILIPPI, JAMES M.
    INVESTIGATION ENDED: 05/08/2009, AT 21:31
-------------------------------------------------------------------------------
III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 05/08/2009, AT: 21:31

                    DELIVERED BY : FJM20 - FILIPPI, JAMES M.
-------------------------------------------------------------------------------
IV. DESIGNATING AUTHORITY REVIEW   LEVEL: MAJOR   DATE: 05/12/2009
        REPORT RE-WRITTEN DUE TO WRONG CHARGE. OLD LOG
        #213-090790

                        OFFICER: WRE12 - WOODALL, RONNIE
-------------------------------------------------------------------------------
V.          TEAM    FINDINGS AND ACTION   DATE: 05/13/2009, AT: 07:20
        INMATE OFFERED STAFF ASSISTANCE: DECLINED
        INMATE PLEA: NO PLEA     FINDINGS: GUILTY
        INM PRESNT: N   WAIVED 24 HR NOTICE: N
    POSTPONEMENT:
    BASIS FOR DECISION:
        SUBJECT WAS FOUND GUILTY OF CHARGE 1-18 BASED ON THE
        EYEWITNESS TESTIMONY OF OFFICER KNIPP WHO OBSERVED THE
        SUBJECT SLIP OUT OF HIS HANDCUFFS AND GRAB ANOTHER INMATES
        RIGHT LEG PUSHING THE INMATE INTO THE STAIRS. THE SUBJECT
        THEN KICKED TOWARDS THE OTHER INMATE AND GRASPED THE OTHER
        INMATE AROUND HIS HEAD. LET IT BE NOTED THAT THE SUBJECT
        REFUSED TO APPEAR AT THE DR HEARING AND REFUSED TO SIGN THE
        DC6-112D WAIVER FORM. THIS DR IS A RE-WRITE OF DISCIPLINARY
        REPORT LOG #213-090790 DUE TO ADMINISTRATIVE ERROR.
```

```
                            FLORIDA DEPARTMENT OF CORRECTIONS            07/12/2011
     ISSO152 (03)                  DISCIPLINARY REPORT                   PAGE   2
                                   LOG # 213-090852
    ----------------------------------------------------------------------------
     DC#: B02769   INMATE NAME: YORK, HERBERT D.               INFRACTION
     VIOLATION CODE: 0118   TITLE: BATTERY/ATT/INMATE          DATE: 04/28/2009
     FACILITY CODE: 213    NAME: UNION C.I.                    TIME: 21:30
    ----------------------------------------------------------------------------

     ACTIONS TAKEN:
      LOSS OF GAIN TIME:        0000; PROBATION DAYS SET: 000
      DISCIPLINARY CONFINEMENT:   60; PROBATION DAYS SET:   0 CONSECUTIVE
                                0000                      000

      RESTITUTION:      $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
       COMMENTS:
            ALL ATTACHMENTS WERE VIEWED AND CONSIDERED BY THE TEAM.

      TEAM CHAIRMAN:   DAM15 - DAVIS, ASHLEY M.
      TEAM MEMBERS:    CLT02 - CARRION, L. T.              -
    ----------------------------------------------------------------------------
     VI. REVIEW AND FINAL ACTION: APPROVED
              WARDEN:   HIM02 - HICKS, M.        DATE: 05/13/2009
    ----------------------------------------------------------------------------
     VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
              WARDEN:      -                     DATE: 00/00/0000
    ----------------------------------------------------------------------------

         INFORMATIONAL NOTES:
            MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:   360 DAYS
    ----------------------------------------------------------------------------
    DC4-804
```

```
                        FLORIDA DEPARTMENT OF CORRECTIONS       07/12/2011
     ISSO152 (03)             DISCIPLINARY REPORT                  PAGE    1
                               LOG # 213-092538
```

---

```
 DC#: B02769    INMATE NAME: YORK, HERBERT D.            INFRACTION
 VIOLATION CODE: 0110   TITLE: AGVT BTRY/ATT/INMATE      DATE: 12/14/2009
 FACILITY CODE: 213    NAME: UNION C.I.                  TIME: 14:15
```

---

I. STATEMENT OF FACTS:
   AT APPROXIMATELY 1415 HOURS, MONDAY, DECEMBER 14, 2009,
   WHILE ASSIGNED AS THE U-DORM ADMINISTRATIVE OFFICER, I WAS
   SUPERVISING THE AFTERNOON INDIVIDUAL SESSIONS ON QUAD-FOUR,
   WHEN TWO INMATES, IDENTIFIED AS INMATE YORK, HERBERT #B02769
   HOUSED IN CELL U4-209 AND INMATE LESTER, WILLIE #S05004
   HOUSED IN CELL U4-112 WERE INVOLVED IN A PHYSICAL
   ALTERCATION. I OBSERVED INMATE YORK STRIKING INMATE LESTER
   WITH A CLOSED FIST ON THE UPPER TORSO AND HEAD AREA. OFFICER
   CLARENCE RUISE, OFFICER CLINTON HODGES, AND I ENTERED THE
   GROUP ROOM AND GAVE BOTH INMATES SEVERAL ORDERS TO STOP
   THEIR ACTIONS, TO WHICH THEY REFUSED. INMATE YORK
   CONTINUED STRIKING INMATE LESTER WITH CLOSED FIST. I
   ORDERED INMATE YORK TO STOP, TO NO AVAIL. AT THIS TIME IT
   BECAME NECESSARY TO USE THE MINIMUM AMOUNT OF FORCE ON
   INMATE YORK TO BRING HIM INTO COMPLIANCE WITH A LAWFUL ORDER
   AND TO STOP FURTHER ASSAULT ON INMATE LESTER. IT SHOULD BE
   NOTED THAT INMATE YORK HAD MANIPULATED HIS LEFT HAND OUT OFF
   THE HAND RESTRAINTS AND MANIPULATED HIS RIGHT HANDCUFFED
   HAND TO THE FRONT WITH THE WAIST CHAIN AND BLACK BOX
   STILL SECURED. DURING LESTER'S POST ASSAULT PHYSICAL IT WAS
   DISCOVERED THAT INMATE YORK HAD STABBED HIM SEVERAL TIMES:
   (2) TWO SMALL PUNCTURE WOUNDS TO THE RIGHT UPPER QUADRANT
   AND (1) ONE PUNCTURE WOND TOTHE LEFT CHEST WALL. INMATE
   YORK IS BEING CHARGED WITH DISCIPLINARY INFRACTION (1-10)
   AGGRAVATED BATTERY ON AN INMATE PER RULES OF PROHIBITED
   CONDUCT. THE WEAPON WAS LATER FOUND AND IT WAS RECOVERED,
   PHOTOGRAPH, AND PLACED IN THE IG'S OFFICE EVIDENCE LOCKER.

 REPORT WRITTEN: 12/15/2009, AT 08:50   OFFICER: GMA17 - GLEMAN, M. A.
 ASSIGNED AND APPROVED BY: AJF05 - ALLEN, JOSEPH F.

---

II. INVESTIGATION:
    WITNESSES:
        CO  C. RUISE
        CO  C. HODGES
        INMATE LESTER, WILLIE #205004
        INMATE OFFERED STAFF ASSISTANCE: DECLINED

  INVESTIGATION BEGUN:  12/15/2009, AT 10:00   OFFICER: CBJ21 - CALLOWAY, B. J.
  INVESTIGATION ENDED:  01/08/2010, AT 13:55

---

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 01/08/2010, AT: 13:55

                        DELIVERED BY : CBJ21 - CALLOWAY, B. J.

---

IV. DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR      DATE: 01/14/2010
    DELAY DUE TO INMATE BEING ON SHOS AND MEDICAL FORM

```
                        FLORIDA DEPARTMENT OF CORRECTIONS              07/12/2011
ISS0152 (03)                    DISCIPLINARY REPORT                    PAGE   2
                                 LOG # 213-092538
--------------------------------------------------------------------------------
  DC#: B02769   INMATE NAME: YORK, HERBERT D.                  INFRACTION
  VIOLATION CODE: 0110   TITLE: AGVT BTRY/ATT/INMATE           DATE: 12/14/2009
  FACILITY CODE: 213    NAME: UNION C.I.                       TIME: 14:15
--------------------------------------------------------------------------------

                              OFFICER: WRE12 - WOODALL, RONNIE
--------------------------------------------------------------------------------
V.       TEAM    FINDINGS AND ACTION   DATE: 01/20/2010, AT: 06:50
         INMATE OFFERED STAFF ASSISTANCE: DECLINED
         INMATE PLEA: NOT GUILTY   FINDINGS: GUILTY
         INM PRESNT: Y   WAIVED 24 HR NOTICE: N
    POSTPONEMENT:
    BASIS FOR DECISION:
         SUBJECT WAS FOUND GUILTY OF CHARGE 1-10 BASED ON THE
         EYEWITNESS TESTIMONY OF OFFICER GLEMAN AS STATED IN SECTION
         1 THAT HE OBSERVED INMATE YORK, HERBERT #B02769 STRIKING
         INMATE LESTER, WILLIE #S05004 WITH A CLOSED FIST ON THE
         UPPER TORSO AND HEAD AREA.  DURING INMATE LESTER'S POST
         ASSAULT PHYSICAL, IT WAS DISCOVERED THAT INMATE YORK HAD
         STABBED INMATE LESTER TWICE IN THE RIGHT UPPER QUADRANT OF
         HIS CHEST AND ONCE TO THE LEFT CHEST WALL.  WEAPON WAS FOUND
         AND RECOVERED; PHOTO ATTACHED.  WEAPON DISPOSED OF BY
         SECURITY IN ACCORDANCE WITH DEPARTMENT POLICY.  ALL
         ATTACHMENTS WERE READ AND CONSIDERED.
    HEARING DELAY COMMENTS:
         DUE TO OBTAINING MENTAL HEALTH MEMORANDUM.

  ACTIONS TAKEN:
   LOSS OF GAIN TIME:       0000;  PROBATION DAYS SET: 000
   DISCIPLINARY CONFINEMENT:   60;  PROBATION DAYS SET:   0 CONSECUTIVE
                            0000                         000

   RESTITUTION:       $.00;  INDIV.REVIEW/COUNSEL?: N;  CONFISCATE CONTRABAND?: Y

   TEAM CHAIRMAN:   BSK75 - BOWEN, S. K.
   TEAM MEMBERS:    CLT02 - CARRION, L. T.                 -
--------------------------------------------------------------------------------
VI. REVIEW AND FINAL ACTION: APPROVED
         WARDEN:    RBV01 - REDDISH, B. V.        DATE: 01/20/2010
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
         WARDEN:            -                    DATE: 00/00/0000
--------------------------------------------------------------------------------

    INFORMATIONAL NOTES:
        MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:   360 DAYS
--------------------------------------------------------------------------------
DC4-804
```