UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.:  3:10-CV-920-J-32TEM

HERBERT D. YORK,

     Plaintiff,

v

FELICIA D. CHESTNUT, et al.,

     Defendants.

_____/

RECEIVED
11 MAY 11  PM 3:22
ATTORNEY GENERAL'S OFFICE
GENERAL LEGAL SERVICES

**DEPOSITION**
**OF**
**HERBERT D. YORK DC#B02769**

Taken on Behalf of the Defendants


DATE:    Wednesday, April 27, 2011

TIME:    1:30 p.m. to 3:30 p.m.

PLACE:   Union Correctional Institution
        7819 Northwest 228th Street
        Raiford, Florida  32026

# CERTIFIED COPY

Examination of the witness taken before:


Charlene Wachob
Florida Professional Reporter
LeBlanc Court Reporting Services, Inc.
Post Office Box 744
Gainesville, Florida 32602



DEFENDANT'S
EXHIBIT
C

1   witness, and after having responded "Yes, ma'am" to

2   the oath, testified as follows:

3                   DIRECT EXAMINATION

4   BY MS. BRAUN:

5       Q    Well, Mr. York, as you know, we're here to

6   talk about the incident that happened on October

7   14, 2008, with you and the defendants.  Could you

8   just kind of walk me through what happened that

9   day.

10      A    It was between the hours of 7:00 and 6:00

11  a.m. on October 14, 2008.  Officer Nash and Officer

12  Kelly came to my cell asking me did I want to go to

13  call-out -- I mean to help group call-out.  And I

14  told them yeah.

15           They placed me in full restraints:

16  handcuffs, shackles.

17      Q    And what exactly do you mean by "full

18  restraints"?  I know you said handcuffs and

19  shackles, but were you cuffed in front or in back

20  or --

21      A    Oh, I was cuffed in the back.

22      Q    Okay.  And did you have the black --

23      A    Black box, leg iron locked, waist chains,

24  handcuffs.

25      Q    Okay.  They came to your cell.  They asked

1  you do you want to go to group.  They put you in

2  the full restraints.  Then what happened?

3      A    Before I walked out of my cell, Officer

4  Nash, he stated -- he say, "You ain't going to far.

5  Don't worry."

6          So I walked down the hallway.  Upstairs I

7  walked down the hallway.  When I got out -- exited

8  the hallway like going towards the stairs, going

9  downstairs, Officer Christy, he approached me.  He

10  grabbed me with his left hand on the back of my

11  shirt collar, opened the door where they do mini

12  help group -- the room with Dr. Carter -- opened

13  the door, and shoved me inside the room.

14      Q    Okay.  Now, what dorm is this all taking

15  place in?

16      A    O Dorm, upstairs.

17      Q    Upstairs.  So is that the second floor?

18      A    Yes, second floor.

19      Q    And this room -- where exactly is this

20  room?

21      A    It's like a foot and a half away from --

22  about two feet away from the quarterdeck on the

23  right-hand side of Quad 2 when you come out the

24  corridor.

25      Q    Okay.  And so they -- so Christy takes you

to that room.   Then what happened?

A    He grabbed me by the back of my shirt collar with his left hand, you know, opened the door with his other hand.  And at that time, Kelly, Nash, Harris, Christy and -- they approached me. Christy shoved me in the room and I fell on the floor.

Q    All right.  The room --

A    It's similar to this size (indicating), like a little bit bigger.

Q    A little bigger than this room?

A    Yes.  It was dark.

Q    Do you remember what direction the door opened?

A    What direction?

Q    Yeah.  Like was it a door that, you know, you pulled open this way (demonstrating), or did you push it in?

A    You pulled it open.

Q    Okay.  And can you tell me when they opened the door, what's in that room?

A    It's a table and a chair.

Q    Okay.  So Christy is the one who takes you into the room?

A    Yeah.

1     Q     So he pushed you in the room.  Did he push

2  you from the left to the right or from the right to

3  the left?  What direction did he push you in?

4     A     He shoved me.

5     Q     He shoved you?

6     A     Shoved me in the room.  When he shoved me,

7  he shoved me towards the wall area.  That's to the

8  right.  The wall is on the right-hand side because

9  the wall -- and I went in and fell.

10     Q     So you hit -- are you saying that you hit

11  the back wall or the side wall?

12     A     The side wall.

13     Q     Okay.  So you fell down.  Did you fall on

14  your side? on your face?  How did you fall?

15     A     Like side and back, side and back.

16     Q     Which side?

17     A     I'm not sure which side I fell.  I know it

18  was like -- I ain't fell on my face.

19     Q     Okay.  What happened next?

20     A     All the defendants entered into the room.

21  Christy, Nash, Harris, Kelly, they entered the

22  room.  And I felt like walkie-talkies that they

23  hold -- radio/walkie-talkies -- hit me up side the

24  head.  And I felt kicking, punching.  They had

25  started jumping on me.

1    Q    Do you remember who hit you with -- I mean

2    do you remember what each person did?   Did --

3    A    All of them.

4    Q    All of the them did all of those things?

5    A    All of them hit me with the radio.

6    Q    Do you remember how many times you were

7    hit with a radio?

8    A    I don't remember exactly.

9    Q    Or for how long?

10    A    The assault lasted at least about eight

11    minutes, a good eight minutes of beating.

12    Q    Eight minutes inside that little room?

13    A    Inside that little room.

14    Q    Did that little room -- what did the walls

15    look like?   Were they --

16    A    They were similar to this, but they were

17    painted.

18    Q    Were there any windows in the room?

19    A    No windows, brick wall.

20    Q    Brick wall.   Okay.   So there was no

21    windows?

22    A    No windows.

23    Q    So you couldn't see out of the room?   No

24    one could see in?

25    A    Only person could see into the room was

1   the nurses' station.  And like if you in the Quad

2   1, like the last set, they could see inside the

3   room.  Quad 3, my bad, Quad 3.

4       Q    Okay.  So Harris, Nash, Kelly, and

5   Christy, all four of them are in there at this

6   point with you?

7       A    Yes, ma'am.

8       Q    And they are hitting, punching, kicking,

9   jumping on you for eight minutes?

10      A    Approximately eight minutes.

11      Q    Okay.  Was the door open or closed?

12      A    The door was open.

13      Q    It was open?  Okay.  You said they were

14  pulling inmates for group at this time; is that

15  right?

16      A    Yes, ma'am.

17      Q    So were there any other officers or

18  inmates out in the hallway with the open door?

19      A    It was no other inmates out in the

20  hallway.  They was probably some in the holding

21  cell, but I couldn't see them.

22      Q    Okay.  Were there any other witnesses to

23  this incident?

24      A    Not to my knowledge.

25      Q    All right.  So what happened after you had

1  been in there for eight minutes?

2      A    After they was jumping on me,

3  Lieutenant -- she was a lieutenant.  Now she a

4  captain.  Captain Chestnut, she came in.  She like

5  came in; they moved out the way.  She kicked me

6  like four to five times -- about three or four

7  times, something like that, in the face real hard

8  with her shoe.  And she knocked me real hard.  Like

9  the last kick, it had knocked me unconscious.

10     Q    When Chestnut came in and was doing this,

11  was the door still open?

12     A    The door was open.

13     Q    And at that point was there anybody

14  outside the room, you know, other inmates or

15  officers who were pulling people?

16     A    The only officers I seen was my

17  defendants.

18     Q    All right.  So you say you were knocked

19  unconscious?

20     A    I was knocked unconscious.

21     Q    And at what point did you wake up?

22     A    I don't -- when I was remembering being

23  up, I was inside the holding cell.

24     Q    I'm sorry.  Can you repeat that, please?

25     A    When -- like when I opened my eyes and

1 of witness statement?

2    A   Yes, ma'am.

3    Q   You remember about when that was?

4    A   I made a statement, if I am not mistaken,

5 October the 15th.

6    Q   Okay.

7    A   I wrote the statement.

8    Q   And was the statement that you gave on the

9 15th accurate?

10    A   During the time, to the best of my

11 ability.  I was having like memory problems, and I

12 couldn't hardly think of everything that happened

13 at that time.

14    Q   All right.  Don't you think, you know, the

15 day after this big incident happened that your

16 memory -- that would be the best recollection of

17 the incident?

18    A   Yes.  I ain't know like all the nurses and

19 Dr. Aviles' name at the time.

20    Q   Did you know all the officers' who were

21 involved in the incident names at the time?

22    A   I knew all of their name, but I had

23 misspelled one of the officer's name.  I got his

24 name confused.

25    Q   Do you know which one that was?

1    A    Officer Harris.

2    Q    And what did you confuse his name with?

3    A    I had his name confused with Jenkins, but

4    I had it corrected once I got the correct name.

5    Q    So in your initial statement on the 15th,

6    you mentioned Sergeant Jenkins, but you actually

7    meant Officer Harris?

8    A    Yeah.  What I'm saying, I ain't had

9    Harris' name inside my -- inside my report.  See

10    what I'm saying?  I ain't had his name in my

11    report.  I had Jenkins name in my report that I

12    wrote on October 14th -- I mean 15th.

13    Q    And did you also -- when Inspector Snow

14    came and investigated the incident, did you give a

15    sworn statement to him?

16    A    Yes, ma'am.

17    Q    And is that statement accurate also?

18    A    That statement is accurate.

19    Q    Okay.  Do you have -- at any time during

20    this incident, did you have any slippery type of

21    substance on your skin at all?

22    A    I had a slippery substance but it was

23    like -- you know, your elbows ashy.  You know what

24    I'm saying?  It wasn't a slippery, slippery

25    substance.  It was just to un-ash my elbows, face,

1   my hair.  It wasn't a slippery, slippery substance.

2       Q     So you had something on your elbows, your

3   face, and in your hair?

4       A     Yes, ma'am.

5       Q     But nowhere else?

6       A     I had it on my arms too.  But it was like,

7   you know, you put lotion on or grease.

8       Q     Uh-huh.

9       A     We can't have lotion, so I put grease on

10  my arms.

11      Q     All right.  At any time during this

12  incident, do you remember falling down the stairs

13  at all?

14      A     No, ma'am.

15      Q     No?

16      A     May I ask a question?  This incident being

17  recorded, right, like tape-recorded?

18      Q     I believe that's a tape recorder, yes.

19      A     My defendants supposed to be in here with

20  me?

21      Q     They're allowed to be in here.  It's their

22  case.

23      A     Because they're in here right now.  Why am

24  I only one getting the questions?  Why the

25  questions coming to me?

1    right?   They was playing with the mail and stuff.

2    But I filed one on Nash when they jumped on an

3    inmate named Alexander.   They call him Little Low.

4    They jumped on an inmate named Alexander.

5            I wrote a witness statement.   They found

6    the witness statement in my room that I wrote on

7    his behalf, so they were like retaliating on me.

8        Q    When was that incident when they jumped on

9    Alexander?

10       A    It was before the incident occurred.

11       Q    Was it in the same year this incident

12   occurred, like 2008?

13       A    Yes, ma'am.

14       Q    Is there any other reason that you can

15   think of that the defendants might have done this

16   to you?

17       A    I filed multiple grievances and a lawsuit.

18       Q    Is there any other lawsuits other than the

19   one that you said that you filed in August of '08?

20       A    Besides this one, that's the only one.

21       Q    Did you get any disciplinary reports as a

22   result of this incident?

23       A    Yes, ma'am.

24       Q    And what were they?

25       A    I got one from Defendant Christy for --

1    and one from Officer Harris, Defendant Harris, for

2    threats and disobeying an order, conduct, something

3    like that, disobeying an order.

4        Q    Disobeying an order and threats?

5        A    Yes, ma'am.

6        Q    Okay. And were you found guilty of both

7    of those infractions?

8        A    Yes, ma'am. I ain't never went to court.

9    How I knew I had DRs, because like a couple of

10   weeks, months, I had wrote a request to

11   classification to let them know that an incident

12   had occurred, you know, I had received DRs, but I

13   don't know, like, what's up with the court hearing.

14   And they wrote me back and said I refused, which I

15   never refused. That's how I found out that I had

16   disciplinary, that I had got found guilty.

17       Q    So you're saying that classification said

18   that you refused to go to your hearing, but you're

19   saying that you didn't refuse?

20       A    Because the Officer said I refused to go

21   to my disciplinary hearing. But ain't nobody ever

22   come to me. I ain't even know I had disciplinary

23   court at that time.

24       Q    Did they come and deliver the charges to

25   you?

1    A    They delivered the charges.

2    Q    But you didn't know you had the hearing?

3    A    Yes, ma'am.

4    Q    Okay.  Do you remember what punishment you

5    received for those?

6    A    Like sixty -- ninety days disciplinary,

7    something like that.  Sixty, thirty days, something

8    like that.  I lost a lot of gain time, but I don't

9    get gain time.  That's what it was, loss of gain

10   time.

11   Q    All right.  At any time either before or

12   after this incident, just anytime, have you ever

13   tried to or successfully gotten out of your

14   handcuffs?

15   A    No.

16   Q    No?  Have you ever -- like if you are

17   cuffed in the back like you are right now, have you

18   ever manipulated your way to have them in front?

19   A    No, ma'am.  Before this incident

20   occurred -- I've been in prison about six years

21   before this incident.  I've never had disciplinary

22   reports dealing with no handcuffs or any of that.

23   Q    How long have you been in prison since?

24   A    Right now -- as of now, seven and a half

25   going on eight years.

1    Q    So you came in '05?

2    A    Came to prison in '05, got locked up '03.

3    Q    So you're saying prior to this incident in

4  October of '08, you didn't have any DRs for like

5  getting out of handcuffs or manipulating your

6  handcuffs?

7    A    No, ma'am.

8    Q    Have you had any DRs for that since then?

9    A    Yes, ma'am.  They said I did, but I didn't

10  do it.

11    Q    Do you remember when that was?

12    A    No, ma'am.  They said I fell down the

13  stairs.  I read the record.  The record said I fell

14  down the steps.  There report said that.  I don't

15  know nothing about no steps.

16    Q    You don't remember anything about the

17  steps?

18    A    If I was to fall down the steps -- they

19  say I fell down the steps.  That's how I received

20  some of my injuries.  I know if I fell down some

21  steps and received injuries like that to the face,

22  I know the handcuffs and shackles would cut my

23  wrists and legs.  I ain't got no cuts.

24    Q    You didn't have any cuts to your wrists or

25  your legs?

1  downstairs in a holding cell going for a call-out.

2  Q    What kind of call-out?

3  A    I don't know exactly which call-out it

4  was.  I was going to UCA.

5  Q    So you were going back to urgent care?

6  A    Yes, ma'am.

7  Q    And Lieutenant Chestnut came to the

8  holding cell?

9  A    Yes, ma'am.  When I was downstairs, she

10  told me if I write what happened up or say anything

11  else about the incident, she will have me beat to

12  death.

13  Q    And was anybody there when she said that?

14  A    It was no other inmates.

15  Q    Were there any other officers or other

16  staff?

17  A    No, ma'am, besides the ones that was in

18  the control booth, but I don't know who it was.

19                    DIRECT EXAMINATION

20  BY MS. MAHER:

21  Q    Do you mind if I ask some questions?

22  A    Yes, ma'am.

23  Q    I just want to go back to when the -- when

24  you came around the corner from the wing and you're

25  approaching the stairwell and Officer Chirsty was

1    on the landing there or right there at -- is that

2    called the quarterdeck?

3         A    Yes, ma'am, the quarterdeck.

4         Q    So where was he standing when you came

5    around the corner?

6         A    He was standing like right in front --

7    when I came around the corner, he approached me in

8    front of me.  He approached me.

9         Q    Okay.  So he came from the stairwell area?

10        A    Yes, ma'am.

11        Q    And again you said he took you by the

12   shirt collar with his left hand.  Is that what you

13   said?

14        A    Yes, ma'am.

15        Q    Okay.  And then he opened the door to this

16   little room that is right there at the top of the

17   stairwell?

18        A    Yes, ma'am.

19        Q    And the door opens outwards; is that

20   correct?

21        A    Yes, ma'am.

22        Q    Does the door swing open from right to

23   left or from left to right?

24        A    It swings open to your right.  I mean

25   right.  It opens to your right, if I'm not

1    mistaken.

2        Q    So it opens from the left to right?

3        A    Like if you open that door (indicating),

4    that door opens to the side where Kelly standing

5    at.

6        Q    So if this door opens inwards --

7        A    No, outwards.

8        Q    It would be outwards but I mean we are

9    inside.  But it would swing to the left then?

10       A    If you open it, it swings out to the left,

11   yes, ma'am.

12       Q    So it was positioned just like this one

13   with the doorknob on the right-hand side?

14       A    Yes, ma'am.

15       Q    And where was Officer Christy standing

16   when he grabbed you -- I mean positioned next to

17   you when he grabbed you by the shirt collar?

18       A    He was standing like facing me, standing

19   facing me.

20       Q    So he was facing you and he grabbed you

21   with his left hand behind the neck?  He reached

22   behind the neck?

23       A    He reached around and grabbed me behind

24   the shirt collar.

25       Q    Okay.  He reached around, but he was

1   standing face-to-face with you?

2       A    Yes, ma'am.

3       Q    Okay.  He reached around and grabbed you

4   behind the shirt collar.  And then what did he do?

5       A    He opened the door.

6       Q    And then he opened the door.  So you're

7   standing sideways next to the door?

8       A    My side is next to the door, yes, ma'am,

9   because when you walk down the step, the door right

10  there on the right-hand side.

11      Q    And while he's holding you with his left

12  hand, he opened the door with his right hand and

13  shoved you in?

14      A    Yes, ma'am.

15      Q    And the door was going to come this way

16  (demonstrating).  How did he do that?

17      A    He like -- say if you standing in front of

18  me; right -- I'm standing in front of you, and that

19  is the door.  He grabbed me and opened the door and

20  shoved me in the room.

21      Q    I think you need to draw this for me.

22  Wait.  You can't.  I will draw for you.  Can you do

23  it?

24      A    Uh-huh.

25      Q    Good.

39.

1      A      That's Wing 2 right there (drawing

2    diagram), the doorway right here (marking diagram).

3      Q      All right.  Where is the stairwell?

4      A      That's the stairwell (indicating).  When I

5    came out the wing, Officer Nash and Kelly was with

6    me right here (indicating).

7      Q      So you're standing right at the edge of

8    the door where the doorknob is; correct?

9      A      I can't hardly move my hand all the way.

10   That's why -- I was like -- I was on the side of

11   the door.

12     Q      Okay.  So your right side is to the door;

13   correct?

14     A      Yes, ma'am.

15     Q      All right.  And then Officer Nash and

16   Officer Kelly are behind you?

17     A      They on the side of me.  They still

18   escorting me.

19     Q      Okay.  So they are on each side of you but

20   a little to the back; right?

21     A      Yes, ma'am.

22     Q      They are not -- are they right even with

23   you?

24     A      I ain't sure if they were even.  They were

25   escorting me.

40

1    Q    But they are either right next to you or a

2  little bit behind you, right, on each side?

3    A    Yes, ma'am.

4    Q    Which side was Officer Kelly on?

5    A    I don't know exactly which side they were

6  on.

7    Q    You don't remember which is which?

8    A    No, ma'am.

9    Q    And then show me where Officer Christy

10  was.

11    A    Coming up right here.

12    Q    So he came up --

13    A    Facing me.

14    Q    And then while they were standing there to

15  each side of you, he reached with this left hand

16  behind your neck and grabbed your shirt collar?

17    A    Yes, ma'am.

18    Q    Okay.  And then he reached for the door

19  and opened the door and the door swings from right

20  to left.  It opens towards the stairwell?

21    A    It open this way (indicating).

22    Q    That's left to right.  This is the right

23  side.

24    A    If you open it towards Kelly, it swings

25  toward Kelly way, out that way, outside.

1    Q    Oh, you mean --

2    A    If you're on the outside and you open the

3 door --

4    Q    If you were on the outside of that door --

5         MS. BRAUN:  You would swing that door

6    towards Kelly?

7 BY MS. MAHER:

8    Q    So the doorknob is on which side?  Show me

9 where the doorknob is on this little diagram.

10    A    You talking about the doorknob --

11    Q    Right here, right on here.  Show me where

12 it's at on here (indicating diagram).

13    A    On that side (indicating).

14    Q    It's on the left side?  Instead of the

15 right side as you originally told me?

16    A    Yes, ma'am.  I was standing outwards.  I

17 wasn't standing inwards.

18    Q    I understand.  But you just told me the

19 opposite earlier in the deposition.  So now you are

20 saying on this diagram that -- if you'll let me

21 have that for a second.  Thank you -- right here is

22 where the doorknob is on the door.

23    A    If you inside --

24    Q    This is the inside so it would look like

25 this door; right?

1    A    Yes.

2    Q    Okay.  And then it swings this way

3  (demonstrating)?

4    A    Yes, ma'am.

5    Q    So he, with his left hand, had reached

6  behind your neck and with his right hand he has to

7  reach under and he opened the door this way

8  (demonstrating)?  How did he do that?

9    A    I don't know.  That's what he did.  He

10  opened the door and shoved me inside the room.

11    Q    I'm having trouble seeing how he opened

12  the door when after he reached for you -- now the

13  doorknob is behind him and he had to reach across

14  his chest and he grabs that door.  He pulls it open

15  and somehow his arms are now like this

16  (demonstrating).  How did he throw you into the

17  room?

18    A    You getting confused.

19    Q    No, I'm not getting confused.

20    A    What I'm telling you -- like in here, how

21  I explain the door like, if I say it's on the

22  right-hand side, on the outside, it's on the

23  left-hand side.  You know what I'm saying?

24        When he grabbed me, he grabbed me by the

25  back of my shirt collar, opened the door, shoved me

1  in the room.

2      Q    I know what you're saying, but I'm trying

3  to do that.  If I grabbed you behind the neck with

4  my left arm, okay, and I have to reach for the --

5  I'm on the outside.  Your right arm is toward the

6  door because you're facing the stairwell.  And now

7  I have blocked myself from getting the door open

8  and getting you in because I have my arms crossed

9  now (demonstrating).  So how did he do that?

10      A    He did it.

11      Q    Well, let's talk about the room.  He

12  shoves you in the room.  Is it a room about this

13  size or larger?

14      A    It's larger than this.

15      Q    And it is larger than this and this is

16  about what?  Six feet by eight?  So is it like

17  twice as large?

18      A    It was a little bit -- little bigger than

19  this.

20      Q    A little bit bigger.  Okay.  You said you

21  hit the wall on the right-hand side as you went in

22  and went down.

23      A    Yes, ma'am.

24      Q    But you can't remember -- you know you

25  were slightly on your back and slightly on your

1    A    Around four times at the most.

2    Q    Can you show me where on your face?  Or

3  tell me where since you can't use your hands.  Can

4  you tell me where?

5    A    Kicked to the face, forehead, like

6  wherever her feet landed, forehead, my face area.

7  I felt all four impacts from the kicks.

8    Q    Okay.  Did you have any damage to your

9  nose at all?

10    A    I had a busted nose.  My nose wasn't

11  really damaged.  It was just busted from being

12  punched.  I understand black eyes come from your

13  nose being broke, but my nose wasn't broke.

14    Q    Okay.  So your nose wasn't broken?

15    A    Jaw wasn't broken.  I just had both my

16  eyes swollen black, black and blue; side of my head

17  busted open; lips busted.  All my injuries consist

18  of the face, the head area.  I mean a person fall

19  down the steps, they going to get some scrapes

20  and --

21    Q    You mentioned something that I didn't

22  understand.  When you were talking about you using

23  grease on your hair and face and your body, what

24  was the name of that?  Was it --

25    A    It was butter.

1    Q    It was butter?

2    A    Yes.  See, that -- a lot of -- excuse my

3    French -- black people get ashy, you know.  We

4    can't have lotion.  We can't have lotion, so, you

5    know, we get the butter to put on our elbows like

6    to get the ash off of us.

7    Q    So you used butter?  How did you get

8    butter?

9    A    Off the breakfast tray.

10   Q    So had you been saving the butter up?

11   A    Yes, ma'am.  They try to use that to cover

12   it up, saying, well, I had slippery substance.

13   Like if I grab you and you got slippery substance,

14   then that mean you really got a lot of grease on

15   you.  Plus how he say he grabbed me, I can't see

16   how he grabbed my skin from how he say he grabbed

17   me if I got clothes on.  How I slipped away from

18   him.  If he's --

19   Q    What were you wearing that day?

20   A    I was wearing blues, regular blues.

21   Q    Like this -- the short sleeves?

22   A    Yes, ma'am.  So he say he grabbed my upper

23   body, my shoulder area.  And then I can't see how I

24   slipped if he grabbed me from the upper area.  I

25   ain't had no slippery -- I can see if he say --

1   about disobeying orders?  You disobey orders?

2      A   Yes, ma'am.  Everybody ain't perfect.

3      Q   What about lewd and lascivious?

4      A   Yes, ma'am.

5      Q   You've done that before?

6      A   Yes, ma'am.

7      Q   Quite a bit?

8      A   Yes, ma'am.

9      Q   So those DRs are all earned DRs?

10     A   Not all of them.  Some DRs I got for lewd

11  and lascivious behavior, I ain't do.  Some

12  disrespect, some assault, I ain't do.

13     Q   And some lewd and lascivious, didn't do?

14     A   Some I didn't do.

15     Q   Which ones?

16     A   Like -- I forgot the female who wrote it,

17  but Officer -- got her to write me a DR.  I forgot

18  the officer name.  Not that cowboy but we call him

19  Cowboy too.  He got another nurse to write me a DR.

20        Back then when they were putting you on

21  loaf, when they had loaf when you got a lewd and

22  lascivious DR, they say, well, we going to put you

23  on loaf.  And they had a nurse that they was in

24  good with write a DR just to put them on loaf.

25     Q   Now, you've told Ms. Braun that you've

1    never slipped through your cuffs before.

2        A    Not before this incident.

3        Q    Not what?

4        A    Not before this incident.

5        Q    You've slipped through your cuffs since

6    this incident?

7        A    Since this incident?

8        Q    Yes.

9        A    It wasn't like slip.  It wasn't slip, no.

10   You got -- back then, you know, you got certain

11   things -- like they let you fight back then; right?

12   Christy, he unloosened your cuffs, let you fight,

13   you know.  But they saying I slipped my -- I didn't

14   slip my cuff.  They said I tried to headbutt

15   Officer Harris.  I ain't never tried to headbutt

16   him.  That is what they say.

17       Q    I'm not asking you a question about that

18   right now.  I'm asking you whether you have ever

19   slipped out of your cuffs before.

20       A    Yeah, I slipped out of my cuffs before.

21       Q    And how did you do that?

22       A    Had the cuffs loose.

23       Q    And you were just able to pull your hand

24   out?

25       A    Yes, ma'am.

1    Q    Does the butter help?

2    A    Depends on how tight they got the cuffs.

3  That's my point.  You brought up a good point.  The

4  officers know the inmates use butter and stuff to

5  slip they cuff or whatever, whatever.

6          So if I -- the officers who pulled me out

7  my cell, if I'm so slippery, then why they didn't

8  notice it?  Then why didn't they address that

9  issue?  But they never did.

10   Q    So --

11   A    The only reason that butter issue got

12 brought up, they looking for something to cover the

13 incident up, so they say, well, he got butter so

14 that's what we are going to use to cover the

15 incident up.

16   Q    Did you ever slip through your cuffs and

17 stab an inmate or assault an inmate?

18   A    That ain't got nothing to do with this.

19   Q    Well, I think it may.

20   A    No.  Because I'm dealing with October 10th

21 issue.

22   Q    Yeah.  Well, I'm asking questions about

23 whether you have ever gotten out of your cuffs and

24 injured somebody.

25   A    I never stabbed an inmate.  They charged

1    me.   They say I stabbed an inmate, but I never

2    stabbed an inmate.

3         Q    So you didn't do that?

4         A    No, ma'am.  They tried -- they tried to

5    say I did it.

6         Q    Have you ever attacked another inmate?

7         A    I fought inmates before.

8         Q    Okay.  Have you ever attacked an officer

9    or a law enforcement officer --

10        A    Never.

11        Q    -- or a detention officer while you were

12   in county jail?

13        A    County jail?

14        Q    Yes.

15        A    No.  I never got in a fight in county jail

16   with the officers.

17        Q    So you've never had any sort --

18        A    When they run the cell extraction team, I

19   try to force my way out the cell because they be

20   taking and they jump on you.  So I try to do it for

21   protection, you know.

22             As far as attacking officers, no.  Like I

23   said, they use that to cover up.  They say this

24   incident off camera.  They jump on you inside the

25   cell, inside the holding cell, no camera.  They try

1   to cover that and say, well, this inmate tried to

2   attack me.  Response, use of force.

3          Now, all of it off camera.

4   Q      Have you ever manipulated your cuffs in

5   front of you?

6   A      Have I manipulated my cuffs in front of

7   me?

8   Q      Yeah, where you get your cuffs moved from

9   the back to the front.

10   A      The only time that happened, when I

11   came -- I had came out of my cuff one time.  An

12   officer left -- I had it open, had my cuffs loose.

13   It was loose, though.  Like I said, that was back

14   then when they were letting you fight and do other

15   stuff.  They don't do that no more.

16   Q      Do --

17   A      That incident you say stabbing, I ain't

18   stabbed nobody.  I mean, I was in the room when

19   that incident happened.  How that inmate got

20   stabbed, I don't know.  I ain't stabbed nobody.

21   Q      I notice that you've got headgear on, kind

22   of a net over your face, and like a cloth --

23   A      Yes, ma'am.

24   Q      -- mask over your mouth.  It kind of pulls

25   over your head.  What's that?

1   A   Yeah, but I growed up.

2   Q   Well, when did that happen?

3   A   It been happened.

4   Q   When did you grow up?

5   A   Grow up every day.  You get more mature

6   every day.

7   Q   When do you think you crossed the line?

8   A   I can't tell.  That's a smart comment.

9   Q   So you think just because you filed

10  grievances on what officers do -- and you say you

11  filed a lawsuit in August of 2008 --

12  A   Yes, ma'am.

13  Q   -- that named at least Lieutenant

14  Chestnut; right?

15  A   Yes.  If I'm not mistaken, Officer Harris

16  was in there too.

17  Q   How would they know about it?  Was it

18  served?

19  A   I don't think it was served, but I got --

20  because they told me to amend my complaint, but I

21  got documentation and all that at the crib that I

22  filed a lawsuit, got a case number and all.

23  Q   How would the officers know you filed a

24  lawsuit?  Did you tell them?

25  A   They did room search.

1    Q    Well --

2    A    And read the mail.  They do room search.

3    Q    So how would they know if they did a room

4  search?

5    A    Because the documents are in your room.

6  They do room search.  They search through your

7  papers.

8    Q    Okay.  But how would they know that they

9  were defendants?

10   A    Because their name is on the complaint

11  form.

12   Q    On the complaint form.  So was there a

13  search that you know about that -- how do you know

14  they knew about your lawsuit?

15   A    It was several searches they did.

16   Q    It was several searches they did?

17   A    As a matter of fact, the incident they --

18  that happen to me, they took my property then.

19  It's several searches they did.

20       At one point in time Officer Broomfield,

21  he took one of my documents.  I ain't say nothing.

22  I just wrote the incident up, and he brought it

23  back the next day.  They do room search, turn your

24  cell, get the documents, and they playing with mail

25  back then.