# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

**HERBERT D. YORK,**

      **Plaintiff,**

v.                               **Case No. 3:10-CV-920-J-32TEM**

**FELICIA D. CHESTNUT, et al.,**

      **Defendants.**

_____/

## DECLARATION OF DEANDRA ROBINSON

    I, Deandra Robinson, pursuant to 28 U.S.C. s. 1746, make this unsworn declaration under penalty of perjury and declare that the statements made below are true and state:

    1.    I am employed as a Correctional Officer by the Florida Department of Corrections and I work at Union Correctional Institution.

    2.    On October 14, 2008, I was assigned as the Top Control Movement Officer in O-Dorm at Union CI. I was present in the second floor control room in O-dorm, which is across from the control room and stairwell area, and witnessed the use of force on inmate Herbert York.

    3.    At approximately 7:40 a.m., Officers Christie and Harris were escorting inmate York off of wing 2. I could see that York was being noncompliant and was talking, but I could not make out the words. York lunged at Officer Harris and tried to head butt him. York was held against the conference room door in order to prevent further assault. They continued to struggle and Officers Christie and Harris forced York to the floor with minimal force in order to calm him down. The officers resumed the escort and York continued jerking, pulling and being belligerent. By the stairwell, York lunged toward Officer Harris again. At the stairs, York continued to struggle with the officers and York then fell down the stairs to the landing. Officers Christie and Harris helped York up and then I did not see any more of the incident.

    4.    I did not witness any force being used on York inside the conference room. I did not witness anyone punch, kick or strike inmate York in any way. Officer Christie and Officer Harris used the minimal amount of force necessary to prevent further assault. The force used was not excessive.

I declare under penalty of perjury that the foregoing is true and correct.

**DEANDRA ROBINSON**               Executed on 7/14/11
                                           Date



DEFENDANT'S EXHIBIT H