UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT D. YORK,

    Plaintiff,

v.                                Case No. 3:10-CV-920-J-32TEM

FELICIA D. CHESTNUT, et al.,

    Defendants.
_____/

## DECLARATION OF JULIAN PARRISH

I, Julian Parrish, pursuant to 28 U.S.C. s. 1746, make this unsworn declaration under penalty of perjury and declare that the statements made below are true and state:

    1.    I am employed as a Senior Classification Officer by the Florida Department of Corrections and I work at Union Correctional Institution. I have been doing disciplinary and Close Management hearings in the upstairs conference room in O-dorm since approximately 2006. I am aware of inmate Herbert York's allegation that he was assaulted by five correctional officers inside that upstairs conference room in October 2008.

    2.    The conference room is set up so that when you walk in the door, there is a wall immediately to the right of the door and the room extends out to the left. There is a large table that takes up the majority of the room. There is just enough space on either of the long sides of the table for some chairs where the Institutional Classification Team or Disciplinary Hearing Team sit during hearings. The inmate usually stands in the corner by the doorway. It would be an extremely tight fit for five officers to be assaulting an inmate in the open space between the right edge of the table and the right wall of the conference room. Based on my experience, it would be improbable that such an assault would be able to occur in that space.

I declare under penalty of perjury that the foregoing is true and correct.


JULIAN PARRISH
Senior Classification Officer, Union CI

Executed on  8/17/11
               Date

1

