| | Witness Statement | |
|---|---|---|
| **State of Florida** | Log #_____ | **Department of Corrections** |

**I. Identifying Inmate Information**

DC # B02769   Inmate Name HERBERT D. YORK
Violation Code and Short Title Spon. Use of Force
Date Report Written 10-14-08

**II. Witness**

☐ Staff Member: Name and Position _____
☐ Other Individual: Name _____
☑ Inmate: DC # B02769   Name HERBERT D. YORK

**III. Voluntary Refusal**

The witness voluntarily refused to provide a written statement to the Investigating Officer and the following signature(s) attests to that fact:

Witness Signature _____   Date _____
Signature of Investigating Officer _____   Date _____

**IV. Statement** On 10-14-08 Between the hours of 8:00 and 9:20pm I'm Inmate York Herbert, DC#B02769 was asked by C/O Nash and C/O Kelly did I want to go to my callout I stated yes ask C/O Kelly and C/O Nash put me Inmate Herbert York DC#B02769 in waist chain and Black Box along with the hand cuff ect. I was then taken down the hallway which was O-Dorm wing(2) up stairs side camera, once I got out of camera reach I was then metted in the face of C/O Christia, SGT Jenkins, C/O Nash, as I was walking to the step's C/O Christia made a statement "O" You like writing up civil case's hum!!" with this for LT. F.M. Chestnut, they open the doctor door which they do TCU callouts hit me with his wright hand in the back of my head which C/O Christia had a radio in the of, Nash kicked me to the floor and all officer took turns hitting me with there radio till I then black out officer SGT Jenkins kicked me in my fourhead then that was about it I couldn't see what else they was doing to me once I was knockout. Please see cameras on wing(2) upstairs and hall cameras up stairs it should be noted that I wrote a informal Grievance on C/O Christia in July date unknown 2008 about he stated when he gets off office vistigtion to do something to inmate Darrius D. Strictor up he was going to from getting inmate LT. F.M. Chestnut was told about this incedent.
Please see all Inmate Call Files on informal Grievances.

Witness Signature Herbert York B02769   Date 10-15-08
Signature of Investigating Officer _____   Date 10-15-08

DC6-112C (Revised 5-00)   Original: Inmate File   Copy: Central Office



Exhibit # A-3