FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

Check one:  ☒ Inmate/Post-Use-of-Force Exam
☐ Employee:  ☐ Post-Use-of-Force Exam  OR  ☐ Injury  OR  ☐ Physical Altercation
☐ Visitor/Injury

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, Diagram of Injury. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: 0745 Approx          Time of exam: 0800
Description of occurrence: Spent use of force / alleging staff abuse. Coming from group therapy / inmate rushed inside confined door. Smashed head. I/M has several injuries to head. C/O pain all over. I/M refusing to go to UCA

Inmate showered without soap (if post-use of chemical agent)?  ☐ Yes  ☐ Refused  ☒ N/A     last TD 6/29/08
Vital Signs:  Temperature 98.3   Pulse 98   Respiration 20   Blood Pressure 156/100
Arrived via:  ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other:___

Condition on arrival (check all that apply):  ☐ Alert  ☐ Oriented x 4 (person, place, time, situation)  ☐ Responding to questions verbally
☐ Other (requires description in assessment summary)
☒ C/O pain? If checked, where? face, chest, eyes, nose, Back, wrist
Assessment summary: Jaw, back of head, lips

0840 - UCA - all areas cleansed c saline irrig - T 98.6  B/P 124/88  P 96  R 20  AAO
skin warm, dry UCA-OBRS all lobes. BS@ all 4 quads. Unusually longs diff OS
OD - swollen - unable to open on own, tymp clear, eyes PERRLA, full ROM of head &
neck also full ROM 4 extremities - abdomen unremarkable. Eats both T/M nutrient of blood

Physician notified?  ☐ No  ☒ Yes  Name: Dr. Aviles    J. AVILES, M.D.-UCI   Time: 0810
Treatment provided?  ☐ No  ☒ Yes  If yes, describe: Cleansed c H2O2 & saline
laceration top of head about 1½ inch long 3 sutures apply s 3-0 ethilon after clean area
c betadine solution & infiltrate c lidocaine 1% 2cc, also left eyebrow 3/4 inch 3 sutures
Response to Treatment: I/M refused bandages to head    apply after clean area, lidocaine 1cc SQ
Sutures @ brow - 3 sutures os eyebrow, new cheek very stiff

Disposition:  ☐ Population  ☐ Confinement  ☐ Infirmary  ☒ Hospital  ☐ Rescue  ☒ Other (explain):
Sent to UCA for MD eval - remove sutures 10 days
Discharge Instructions and Education: Keflex 250mg q10 x 10 days - Tylenol 2 tabs po q10 x 5 days.
10A - 40 Inj med neflon 24° observation.

Health Care Provider's Signature and Stamp: _____ S. WILSON, SLPN   Date/Time: 10/14/08 0815
                                              UNION CI
Reviewing Physician's Signature and Stamp: _____  J. AVILES, M.D.-UCI   Date/Time: 10/14/08 0925
Name  Yenk Herbert                          AR4971861 AV 01
DC#  B02769       Race/Sex B/M              Inmate Distribution:  White—Health Record
Date of Birth ___                                                  Canary—Inspector General
Institution  UCI                                                   Pink—Local Requirements
                                            Employee Distribution:  White—Personnel File
                                                                    Canary—Employee Copy
                                                                    Pink—DESTROY



DC4-701C (Revised 10/07)           This form is not to be amended, revised, or altered without a[pproval of]
                                   the Office of Health Services-Administration

Incorporated by Reference in Rule 33-602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence 10/14/08     Time of occurrence 0745

☐ No injury identified

Description of injury _Multiple injuries to head and body_
_Seven Scratchs + Cuts please refer to DCH-701_

Staff Signature

J. AVILES, M.D.=UCI
AD#071861 AV 01
10/14/08
0925

Inmate Name Yerek. Herbart
DC# 502769    Race/Sex B/M
Date of Birth
Institution UCI

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration

DC4-708 (Revised 3/06)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: UCI (October)   Date: 10/15/08   Time: 1045   ☑ Inpatient  ☐ Outpatient
Inmate Name: York Herbert
DC#: 802769
Dorm: R
Diagnosis: multiple head trauma
List Allergies Here: NKA

STAT — Initial Each Order as Transcribed

Discharge to security
HIV counseling begun, return to O dorm

Time Noted: 1035
Nurse Signature/Stamp: J. Collins LPN
Doctor Signature/Stamp: [signature]
Date/Time: J. AVILES, M.D.—UCI  AR4971861 AV01

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: UCI (October)   Date: 10/14/08   Time: 0925   ☑ Inpatient  ☐ Outpatient
Inmate Name: York Herbert
DC#: B02769
Dorm: R
Diagnosis: multiple head trauma
List Allergies Here: NKA

STAT — Initial Each Order as Transcribed

5 — clean wounds daily c̄ betadine 4 days
6 — remove sutures in 10 days
7 — HIV test after counseling

Time Noted: 1030
Nurse Signature/Stamp: J. Collins LPN
Doctor Signature/Stamp: [signature]
Date/Time: AVILES, M.D.—UCI  AR4971861 AV01

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

Institution: UCI October   Date: 10/14/08   Time: 0925   ☐ Inpatient  ☑ Outpatient
Inmate Name: YORK Herbert
DC#: B02769
Dorm: R
Diagnosis: multiple trauma of head
List Allergies Here: NKA

STAT — Initial Each Order as Transcribed

1 — Keflex 250 mg po qID 10 days
2 — Tylenol 2 tabs qID 3 days
3 — Neuro check each shift ou days (1)
4 — Housing infirmary 23°

Time Noted: 1030
Nurse Signature/Stamp: J. Collins LPN
Doctor Signature/Stamp: [signature]
Date/Time: AVILES, M.D.—UCI  AR4971861 AV01

DC4-714B (9/05)   Distribution: White Original—Pharmacy   Canary—Medical Record

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

**Check one:** ☐ Inmate/Post-Use-of-Force Exam
☐ Employee: ☐ Post-Use-of-Force Exam OR ☐ Injury OR ☐ Physical Altercation
☐ Visitor/Injury

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 0745 approx.   Time of exam: 0900
Description of occurrence: Spontaneous Use of Force.

Inmate showered without soap (if post-use of chemical agent)? ☐ Yes ☐ Refused ☒ N/A
Vital Signs: Temperature 98.5   Pulse 82   Respiration 20   Blood Pressure 130/88
Arrived via: ☒ Ambulatory ☐ Stretcher ☐ Wheelchair ☐ Other: _____
Condition on arrival (check all that apply): ☒ Alert ☒ Oriented x 4 (person, place, time, situation) ☒ Responding to questions verbally
☐ Other (requires description in assessment summary)
☐ C/O pain? If checked, where? _____

Assessment summary: A/O x4, PERRLA, Ø S/S of any distress or discomfort. Lungs clear. Breathing even/unlabored. Denies any pain or discomfort. Ø apparent injuries.

Physician notified? ☒ No ☐ Yes   Name: _____ Time: _____
Treatment provided? ☒ No ☐ Yes   If yes, describe: _____

Response to Treatment: Ø Treatment given

Disposition: ☐ Population ☐ Confinement ☐ Infirmary ☐ Hospital ☐ Rescue ☒ Other (explain): Duty

Discharge Instructions and Education: Inst. to F/U in OCH if any future problems.
S. WILSON, SLPN
UNION CI

Health Care Provider's Signature and Stamp: Su & Sxx   Date/Time: _____
Reviewing Physician's Signature and Stamp: _____   Date/Time: _____

Name: Christie, P
DC#: _____   Race/Sex: W/M
Date of Birth: _____
Institution: UCI

**Inmate Distribution:** White—Health Record
Canary—Inspector General
Pink—Local Requirements
**Employee Distribution:** White—Personnel File
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Revised 10/07)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

Incorporated by Reference in Rule 33-602.210. F.A.C.

## F RIDA DEPARTMENT OF CORRI :IONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence _10-14-08_    Time of occurrence _0745 Approx_

☑ No injury identified

Description of injury _____

_____

_____

_____

_____

_____
Staff Signature

Inmate Name _Christi P._
DC# _on file_      Race/Sex _W/m_
Date of Birth _____
Institution _UCI_

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration

DC4-708 (Revised 3/06)

FLORIDA DEPARTMENT OF CORRECTIONS
**EMERGENCY ROOM RECORD**

**Check one:**  ☐ Inmate/Post-Use-of-Force Exam
☒ Employee:  ☒ Post-Use-of-Force Exam  OR  ☐ Injury  OR  ☐ Physical Altercation
☐ Visitor/Injury

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA **must** review this form and sign it on the next working day.

Time of occurrence: 0745 Approx.   Time of exam: 0830
Description of occurrence: Spontaneous Use of force

Inmate showered without soap (if post-use of chemical agent)? ☐ Yes  ☐ Refused  ☒ N/A
Vital Signs: Temperature 98.7  Pulse 88  Respiration 20  Blood Pressure 128/78
Arrived via: ☒ Ambulatory  ☐ Stretcher  ☐ Wheelchair  ☐ Other: ___
Condition on arrival (check all that apply): ☐ Alert  ☐ Oriented x 4 (person, place, time, situation)  ☐ Responding to questions verbally
☒ Other (requires description in assessment summary)
☒ C/O pain? If checked, where? ___

Assessment summary: A/O x 4 PERRLA Ø apparent injuries Ø S/S of Resp distress or discomfort denies any pain

Physician notified?  ☒ No  ☐ Yes  Name: ___  Time: ___
Treatment provided? ☒ No  ☐ Yes  If yes, describe: ___

Response to Treatment: Ø / ☒ given

Disposition: ☐ Population  ☐ Confinement  ☐ Infirmary  ☐ Hospital  ☐ Rescue  ☒ Other (explain): Duty

Discharge Instructions and Education: Instructed to F/U c̄ UCA if any future problems or pain accure.

Health Care Provider's Signature and Stamp: [signature] SLPN  S. WILSON, SLPN  Date/Time: 10-14-08 0845
UNION CI
Reviewing Physician's Signature and Stamp: ___  Date/Time: ___

Name  HARRIS
DC# ___   Race/Sex W/M
Date of Birth ___
Institution  UCI

**Inmate Distribution:**  White—Health Record
Canary—Inspector General
Pink—Local Requirements
**Employee Distribution:**  White—Personnel File
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Revised 10/07)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

Incorporated by Reference in Rule 33-602.210. F.A.C.

## FLORIDA DEPARTMENT OF CORRECTIONS
## OFFICE OF HEALTH SERVICES
## DIAGRAM OF INJURY



Date of occurrence **10-14-08**   Time of occurrence **0745 Approx**

☒ No injury identified

Description of injury _____

_____

_____

_____

_____

Staff Signature: *S. Wilson SLPN*   S. WILSON, SLPN
UNION CI

Inmate Name **Harris**
DC# _____ Race/Sex **W/m**
Date of Birth _____
Institution **UCI**

This form is not to be amended, revised, or altered without approval
of the Deputy Assistant Secretary of Health Services Administration

DC4-708 (Revised 3/06)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

Allergies: NKA

| DATE/TIME | |
|---|---|
| 10-8-08 0950 | Seen in MH — [signature] JOHN PATRICK JOHNSTON, M.D. SENIOR PHYSICIAN/PSYCHIATRY |
| 10/10/08 1045 | Inc. note: Spoke c̄ his sister Teresa York at 772-940-8343, she was encouraged to contact brother and encourage him to follow DC rules and attend groups which will help him. — Batten |
| 10/14/08 0925 | (S) he is fine (O) alert, status OX3, Eyes PERRLA, Ears TM intact; mouth & blood swelling of forehead & backhead, neck full ROM of motion, lungs clear, heart No m/r arrhythmia — abdomen flat, no tenderness. Ext — full ROM, no neurodeficit noted, no body marks noted. (A) Head Trauma (P) 1- Housing 2B infirmary 2- remove sutures in 10 days – MAR completed 3- Tylenol 2 tabs q10 x 5 days 4- [illegible] 5- Reglan 20mg q10 x 10 days 6- Clean wound daily c̄ betadine, keep dry x 10 days 7- [illegible] — J. AVILES, M.D. |

Inmate Name: YORK, Herbert
DC#: [redacted]   Race/Sex: B/M
Date of Birth: [redacted]
Institution: UCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval by the Office of Health Services-Administration

DC4-701 (Revised 5/07)

## FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

**Allergies:** NKA

| DATE/TIME | |
|---|---|
| 10-14-09 1600 | med ē Keflex 250 po per order - neuro check's intact, advised T/m not to get sutured area wet for 10 days - NAD. - Ponted SR◯  R. FUTCH, RN  UNION CI |
| 10/15/08 0640 | Inc note: rested quietly c̄ eyes closed. Refused 0006 + 0600 ATB + neuro, × & breakfast. Sutures, ◯ eye area & side of head lacerations intact s̄ drainage. No distress noted. B. BAKER, SLPN UNION CI |
| 10/15/08 1045 | (S) changes on his physical. (O) swollen both eyes c̄ ecchymosis (black & blue) hematoma big forehead, also back of his head. But pt is alert, O×4, full ROM head c̄ neck, denied dizziness, HA or double vision, normal gait, requesting return to his housing. (A) multiple trauma (P) Return to security J. AVILES, M.D. – UCI AR4971861 AV 01 |
| 10-15-08 1040 | Dr note Pre Test Counsel done for HIV test  M. SMITH, LPN |
| 10.15.08 1030 | D/C to security per Dr. Aviles, TM 98.0×3 Skin W/D Resp even & unlabored. S. B/P 122/85 P 89, R 20  J. Collins LPN |

**Inmate Name** York, Horebert
**DC#** B02769 **Race/Sex** B/m
**Date of Birth** ▇▇▇▇
**Institution** UCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration.

# FLORIDA DEPARTMENT OF CORRECTIONS
## Chronological Record of Health Care

Allergies: NKA

| DATE/TIME | |
|---|---|
| OCT 15 2008 1318 | [illegible note] Refused for antibx TP 10/15/08 voided of hemo check |
| 10/14/08 0900 | IM mtt appt rescheduled due to PM lax - medical note  T. DAVIS, M.Ed. PSYCH. SPECIALIST UNION CI  G A ESPINO MD MSA AR 497... F568 SR PHYSICIAN UCI |
| 10/22/08 | SEEN IN MENTAL HEALTH |
| Late Entry 10/15/08 1030 | SEEN IN MENTAL HEALTH   T. DAVIS, M.Ed. PSYCH. SPECIALIST UNION CI |
| 10-22-08 0930 | Seen in Mental Health  JOHN PATRICK JOHNSTON, M.D. SENIOR PHYSICIAN/PSYCHIATRY |
| 10/23/08 0803 | Refused  Lab Blood Drawn For _HIV_ Done This Date _10/23/08_   A. F. Long, Med. Tech. II U.C.I. |
| OCT 27 2008 1400 | CK3 → Negative  C. Nguyen, M.D. ESP/NFRCI/UCI |

Inmate Name: YORK, Herbert
DC#: B02969   Race/Sex: B/M
Date of Birth: [redacted]
Institution: UCI

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration.

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

- [x] Medical services _nurse's_
- [ ] Mental Health Services
- [ ] Dental Services
- [x] Medication _Antibiotic @ 0000 & 0600 (Keflex)_
- [ ] Lab/Diagnostic testing
- [ ] Other

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences, and the danger to my health and possibly to my life that may result from my refusal of this procedure/treatment.

I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

_Refused to Sign_                               _10/15/08_
Signature of Patient*                             Date/Time

Two Witnesses: I, _Baker_ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.
B. BAKER, SLPN
UNION CI

_Baker_                                          _SLPN_
Signature                                        Title of Witness

I, _K. SCHLIPF_ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_K. Schlipf_                                     _CO Sgt._
Signature                                        Title of Witness

I, the below-signed physician, am aware that this patient refused treatment and has signed this form/ refused to sign the form.

_[signature]_                                    OCT 1 5 2008  G A ESPINO MD MSA
                                                 AR 4971861 E568
Signature of Clinician                           Date/Stamp 1318  SR PHYSICIAN UCI

Interpreter/translator  To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

Signature of Interpreter/Translator              Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name _York, Herbert_
DC# _B02769_     Race/Sex _B/M_
Date of Birth _[redacted]_
Institution _Union CI_

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-711A (Revised 10/07) (Page 1 of 2)

Incorporated by Reference in Rule 33-602.210, F.A.C.



## FLORIDA DEPARTMENT OF CORRECTIONS
## EMERGENCY ROOM RECORD

**Check one:**
- [x] Inmate/Post-Use-of-Force Exam   alleged staff abuse
- [ ] Employee:   [ ] Post-Use-of-Force Exam  OR  [ ] Injury  OR  [ ] Physical Altercation
- [ ] Visitor/Injury

All inmates must receive a complete assessment following a use of force. This includes a visual inspection of the entire body to identify any sign of injury. This exam shall be performed in the medical unit except under unusual circumstance. Injuries shall be documented on the DC4-708, *Diagram of Injury*. If a physician/CA is not present at the time of the exam, a physician/CA must review this form and sign it on the next working day.

Time of occurrence: _____   Time of exam: 1730

Description of occurrence:
Refused to be seen for Alleged Staff Abuse I/m was already seen on 10-14-08 per I/m. This writer will only note was is physically seen.

Inmate showered without soap (if post-use of chemical agent)?  [ ] Yes  [ ] Refused  [x] N/A

Vital Signs: Temperature REFUSED   Respiration _____  Blood Pressure _____

Arrived via: [x] Ambulatory  [ ] Stretcher  [ ] Wheelchair  [ ] Other:_____

Condition on arrival (check all that apply): [x] Alert  [x] Oriented x 4 (person, place, time, situation)  [ ] Responding to questions verbally
[ ] Other (requires description in assessment summary)
[ ] C/O pain? If checked, where?_____

Assessment summary:
I/m refuses Assessment. I/m stated on 10-14-08 he was already seen for Alleged Staff Abuse. Both eyes black and blue. Eyes picked and red. R eyebrow has stitches. Left eyebrow has abrasion. Right ear has scratches. Right top part of head has stitches. On back of head w/ stitches. This writer not able to fully assess I/m due to I/m refusing. This writer is documenting what is SEEN.

Physician notified? [x] No  [ ] Yes   Name:_____   Time:_____

Treatment provided?  [x] No  [ ] Yes   If yes, describe:_____
I/m is already on wound care for stitches in back of head and on R eyebrow.

Response to Treatment:_____

Disposition: [ ] Population  [x] Confinement  [ ] Infirmary  [ ] Hospital  [ ] Rescue  [ ] Other (explain):_____

Discharge Instructions and Education:_____

Health Care Provider's Signature and Stamp: Wright/Wright   Date/Time: 10/16/08 1930
Reviewing Physician's Signature and Stamp: J. AVILES, M.D.-UCI   AR4971861 AV 01   Date/Time: 10/20/08 1540

**Name** YORK, Herbert
**DC#** B02769   Race/Sex B/M
**Date of Birth** _____
**Institution** UCI

**Inmate Distribution:**
White—Health Record
Canary—Inspector General
Pink—Local Requirements

**Employee Distribution:**
White—Personnel File
Canary—Employee Copy
Pink—DESTROY

DC4-701C (Revised 10/07)

This form is not to be amended, revised, or altered without approval of the Office of Health Services-Administration

Incorporated by Reference in Rule 33.602.210, F.A.C.

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
DIAGRAM OF INJURY



Date of occurrence 10/14/08    Time of occurrence _____
Assessment done 10/16/08 19 40
☐ No injury identified

Description of injury Both Eyes Black and Blue. Stitches 1/2 inch to (R) Eyebrow. inch stitched to right side of head. Back of head 1 1/2 inch stitches. scratch to Right EAR. I/M Refused Medical Assessment. I/m stated already seen on 10-14-08

_____
Staff Signature

J. AVILES, M.D.—UCI
AR4971861 AV 01
10/20/08
1540

Inmate Name York, Herbert
DC# B02769    Race/Sex B/M
Date of Birth ▓▓▓▓▓▓
Institution UCI

This form is not to be amended, revised, or altered without approval of the Deputy Assistant Secretary of Health Services Administration

DC4-708 (Revised 3/06)

## FLORIDA DEPARTMENT OF CORRECTIONS
## REFUSAL OF HEALTH CARE SERVICES

This is to certify that I am refusing the following:

- ☐ Medical services_____
- ☐ Mental Health Services_____
- ☐ Dental Services_____
- ☐ Medication_____
- ☐ Lab/Diagnostic testing_____
- ☑ Other Refused to be seen by medical for Alleged Staff Abuse. I/M stated he has Already Been Seen on 10-14-2008 For Staff Abuse.

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the risks, consequences, and the danger to my health and possibly to my life that may result from my refusal of this procedure/treatment.

I have been given time to ask questions about my condition and about my decision to refuse the procedure/treatment that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

R to sign _____  10/16/08 19:30 _____
Signature of Patient*                                Date/Time

| Two Witnesses: I, T Wright | am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form. |
|---|---|
| Whright<br>Signature | LPN<br>Title of Witness |
| I, J Borgner | am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form. |
| _____<br>Signature | CO<br>Title of Witness |

I, the below-signed physician, am aware that this patient refused treatment and has signed this form/ refused to sign the form.

J. AVILES, M.D.–UCI
AR4971861 AV 01                    10/20/08    1540
Signature of Clinician                Date/Stamp

Interpreter/translator : To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____       _____
Signature of Interpreter/Translator    Title of Witness

*If the patient refuses to sign this document, but has verbally refused the above procedure, write REFUSES TO SIGN above Signature of Patient.

Inmate Name York, Herbert
DC# B02769       Race/Sex B/M
Date of Birth ████████
Institution UCI

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration.

DC4-711A (Revised 10/07) (Page 1 of 2)

Incorporated by Reference in Rule 33-602.210, F.A.C.

| | UNION CI | | Date: 08/05/2009 |
|---|---|---|---|
| **Name** : York Herbert | | **Id #** | : B02769 |
| **Date of Birth** : ▮▮▮▮ | | **Date Ordered** | : 08/05/2009 |
| **Exam No** : 2ad080509HY | | **Ref. Physician** | : AVILES |
| **Date of Service** : 08/05/2009 | | **Technologist** | : DORIE CRAWFORD |

**Exam** : Facial Bones Complete

**Reason for Exam** : c/o being hit on left side of face, small 2mm laceration on left upper eye lid

**Evaluation Process** : The presence of fracture, bone displacement or other acute osseous abnormality including erosive and lytic bony changes are noted.

**Findings** : Complete opcification of lrft maxillary sinus; no other abnormalities.

**Impression** : Same as above.

*C Bianco M.D.*

ENTERED

[ Charles Bianco, MD ]
**Date** : 08/05/2009

All Rights reserved to **Tech Care X-Ray**

A. Nazareno, M.D.
8/11/09

Florida Department of Corrections
X-Ray Request/Report
Department of Radiology

# X-RAY

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below:

25 years old B/M c/o been hit in left side of his face c̄ small 2 mm superficial laceration on left upper eye lid

List allergies: NKA

☒ Ambulatory   ☐ Diabetic   ☐ J Code   ☐ Portable   ☐ Stretcher   ☐ Wheelchair

Physician Name (Print) and Name Stamp: AVILES, M.D.–UCI AR4971861-AV 01

Date of Request: 8/5/09

### X-RAY REQUEST

| | | | | |
|---|---|---|---|---|
| Ankle R [ ] L [ ] | Cystogram | Hand R [ ] L [ ] | Myelogram [ ] | Shoulder R [ ] L [ ] |
| Arthrogram [ ] | Elbow R [ ] L [ ] | Hips R [ ] L [ ] | Nasal Bones | Sinuses |
| Barium Enema | Esophagram | Humerus R [ ] L [ ] | Orbits | Skull |
| Cervical Spine | Facial Bones ✗ | I.V. Pyelogram | Os Calcis R [ ] L [ ] | Sternum |
| C. Spine, complete | Femur R [ ] L [ ] | Knee R [ ] L [ ] | Pelvimetry | T.M. Joints R [ ] L [ ] |
| Chest | Fingers R [ ] L [ ] | KUB | Pelvis | Thoracic Spine |
| Chest, PA and LAT | Foot R [ ] L [ ] | KUB and UPT | Post Reduction | T. Spine, complete |
| Chest PPD | Forearm R [ ] L [ ] | Lumbar Spine | Ribs R [ ] L [ ] | Tibia & Fibula R [ ] L [ ] |
| Clavicle R [ ] L [ ] | Gallbladder Series | L. Spine, complete | Sacrum | Venogram R [ ] L [ ] |
| Coccyx | G.I. Series | Mandible | Scoliosis Series | Wrist R [ ] L [ ] |
| Comparison View | G.I. and Small Bowel | Date Performed: | Technologist Initials: | Time exam performed (military): |
| Exams not checked above: | | | | |

**PLEASE WRITE LEGIBLY**
Inmate Name: YORK Herbert
DC# B02769    Race/Sex B/M
Date of Birth ████
Institution UCI
Is permanent camp a private Institution? No ☒ Yes ☐
Clinic/hospital room number _____

Radiologist Signature _____   Date Read _____   Date Typed _____

Distribution:
  White – Medical Records
  Canary – X-Ray Jacket
  Pink – Data Entry
  Goldenrod – Local Requirements

This form is not to be amended, revised, or altered without approval of the Deputy Director of Health Services Administration

DC4-705A (Revised 10/99)