```
                      FLORIDA DEPARTMENT OF CORRECTIONS           10/22/2008
   ISSO152 (03)           DISCIPLINARY REPORT                      PAGE    1
                          LOG # 213-082761
-------------------------------------------------------------------------------
   DC#: B02769    INMATE NAME: YORK, HERBERT D.              INFRACTION
   VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER            DATE: 10/14/2008
   FACILITY CODE: 213    NAME: UNION C.I.                    TIME: 07:40
-------------------------------------------------------------------------------
```

I. STATEMENT OF FACTS:
   AT APPROXIMATELY 0740 HOURS, ON TUESDAY, OCTOBER 14, 2008, WHILE ASSIGNED AS AN ADMINISTRATIVE OFFICER IN THE SOUTH EAST UNIT, I WAS ASSISTING IN REMOVING INMATES FROM THEIR CELLS FOR MENTAL HEALTH GROUP, WHEN I OVERHEARD INMATE YORK, HERBERT #B02769, HOUSED IN CELL O2-212S, STATE TO OFFICER JOSHUA HARRIS "FUCK YOU WHITE BOY", AND THEN ATTEMPT TO HEAD BUTT HIM. AT THIS TIME FORCE BECAME NECESSARY TO PREVENT ASSAULT. I ORDERED INMATE YORK TO CEASE HIS ASSAULTIVE BEHAVIOR, TO NO AVAIL. INMATE YORK SHOUTED "I WILL KILL ALL YOU FUCKING CRACKERS"! I AGAIN ORDERED INMATE YORK TO CEASE HIS DISORDERLY BEHAVIOR, TO WHICH HE REFUSED TO COMPLY. INMATE YORK IS BEING CHARGED WITH 6-1 (DISOBEYING A VERBAL ORDER), RULES OF PROHIBITED CONDUCT. THIS INCIDENT WAS REFERRED TO THE SHIFT SUPERVISOR FOR FURTHER DISPOSITION.

   REPORT WRITTEN: 10/14/2008, AT 08:30   OFFICER: CPH02 - CHRISTIE, P. H.
   ASSIGNED AND APPROVED BY: CFM05 - CHESTNUT, FELICIA M.

II. INVESTIGATION:
    WITNESSES:
       OFFICER J.HARRIS
       INMATE OFFERED STAFF ASSISTANCE: DECLINED

   INVESTIGATION BEGUN: 10/14/2008, AT 11:00   OFFICER: HJL44 - HERNANDEZ, JOHNN
   INVESTIGATION ENDED: 10/17/2008, AT 14:25

III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 10/17/2008, AT: 14:25

                     DELIVERED BY : HJL44 - HERNANDEZ, JOHNNY L.

IV. DESIGNATING AUTHORITY REVIEW   LEVEL: MAJOR   DATE: 10/20/2008

                     OFFICER: WRE12 - WOODALL, RONNIE

V.        TEAM   FINDINGS AND ACTION   DATE: 10/22/2008, AT: 05:00
       INMATE OFFERED STAFF ASSISTANCE: DECLINED
       INMATE PLEA: NO PLEA      FINDINGS: GUILTY
       INMATE PRESENT: REFUSED TO APPEAR
    POSTPONEMENT:
    BASIS FOR DECISION:
       SUBJECT WAS FOUND GUILTY OF CHARGE 6-1 BASED ON THE EYEWITNESS TESTIMONY OF OFFICER CHRISTIE WHO OBSERVED THE SUBJECT STATE "FUCK YOU WHITE BOY" AND THEN ATTEMPT TO ASSUALT ANOTHER O FFICER. WHILE TRYING TO FORCE THE SUBJECT INTO COMPLIANCE THE OFFICER ALSO OBSERVED HIM STATE "I WILL KILL ALL YOU FUCKING CRACKERS!". SUBJECT WAS ORDERED SEVERAL TIMES TO CEASE HIS DISRUPTIVE BEHAVIOR TO NO AVAIL. LET IT BE NOTED THAT THE INMATE REFUSED TO APPEAR AT THE HEARING AND SIGN THE DC6-112 WAIVER FORM.



DEFENDANT'S EXHIBIT

```
                       FLORIDA DEPARTMENT OF CORRECTION             10/22/2008
ISSO152 (03)                DISCIPLINARY REPORT                     PAGE    2
                             LOG # 213-082761
--------------------------------------------------------------------------------
 DC#: B02769    INMATE NAME: YORK, HERBERT D.                  INFRACTION
 VIOLATION CODE: 0061   TITLE: DISOBEYING ORDER                DATE: 10/14/2008
 FACILITY CODE: 213    NAME: UNION C.I.                        TIME: 07:40
--------------------------------------------------------------------------------

 ACTIONS TAKEN:
  LOSS OF GAIN TIME:       0000; PROBATION DAYS SET: 000
  DISCIPLINARY CONFINEMENT:  30; PROBATION DAYS SET:  0 CONSECUTIVE
                           0000                     000

  RESTITUTION:       $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
    COMMENTS:
        ALL ATTACHMENTS WERE VIEWED AND CONSIDERED BY THE TEAM.

 TEAM CHAIRMAN:   TAM05 - TYSON, A. M.
 TEAM MEMBERS:    SRL19 - SALLE, RANDOLPH L.              -
--------------------------------------------------------------------------------
VI. REVIEW AND FINAL ACTION: NO FINAL ACTION
        WARDEN:              -                        DATE: 00/00/0000
--------------------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
        WARDEN:              -                        DATE: 00/00/0000
--------------------------------------------------------------------------------

    INFORMATIONAL NOTES:
       MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    180 DAYS
--------------------------------------------------------------------------------
DC4-804
```

|  | 24 Hour/Refusal to Appear Waiver |  |
|---|---|---|
| State of Florida | Log # | Department of Corrections |

**I. Identifying Inmate Information**

DC # B02769   Inmate Name York, Herbert
Violation Code and Short Title 6-1 Disobeying a verbal
Date Report Written 10-14-08

**II.**

**A.** ☐ **Waiver of 24 Hour Waiting Period**

*I waive my right to the provision of Rule 33-601 stipulating that the disciplinary hearing is not to commence prior to 24 hours of delivery of the charges. My signature below attest to the fact that I do so voluntarily and that I understand that the disciplinary hearing may commence at the discretion of the Team Chairman/Hearing Officer.*

**B.** ☒ **Waiver of Right to be Present at Disciplinary Hearing**

*I waive my right to be present at the disciplinary hearing for the disciplinary report described in Section I above. My signature below attests to the fact that I do so voluntarily and that I am aware that the disciplinary hearing will be conducted in my absence.*

Inmate Signature  Refused to sign   Date 10-22-08
Signature of Witnessing Employee _____

**III. Refusal of Right to be Present at Disciplinary Hearing**

The inmate identified in Section I above refused to appear at the Disciplinary Hearing and refused to affix his signature to:   Section II. A. ☐   Section II. B. ☒

*My signature attests to the fact that the inmate was given the opportunity to be present at the disciplinary hearing and that the inmate voluntarily refused to be present and refused to participate in attesting to that decision by signing this form.*

Signature of Witnessing Employee  R.L. Snow Sgt SRL21   Date 10-22-08
0500 hrs

**IV. Additional Comments:**

DC6-112D (Revised 5-00)   Original: Inmate File   Copy: Central Office

```
                      FLORIDA DEPARTMENT OF CORRECTIONS         10/22/2008
  ISS0152 (03)             DISCIPLINARY REPORT                  PAGE   1
                            LOG # 213-082762
-------------------------------------------------------------------------
  DC#: B02769   INMATE NAME: YORK, HERBERT D.          INFRACTION
  VIOLATION CODE:  0119   TITLE: ASSAULT/ATT/CO        DATE: 10/14/2008
  FACILITY CODE:   213    NAME:  UNION C.I.            TIME: 07:40
-------------------------------------------------------------------------
  I.   STATEMENT OF FACTS:
          AT APPROXIMATELY 0740 HOURS, ON TUESDAY, OCTOBER 14, 2008,
          WHILE ASSIGNED AS AN ADMINISTRATIVE OFFICER IN THE SOUTH
          EAST UNIT, I WAS ASSISTING IN REMOVING INMATES FROM THEIR
          CELLS FOR MENTAL HEALTH GROUP, WHEN INMATE YORK, HERBERT
          #B02769, HOUSED IN CELL O2-212S, STATED "FUCK YOU WHITE
          BOY", AND THEN ATTEMPT TO HEAD BUTT ME. AT THIS TIME FORCE
          BECAME NECESSARY TO PREVENT ASSAULT. INMATE YORK IS BEING
          CHARGED WITH 1-19 (ATTEMPTED ASSAULT ON A CORRECTIONAL
          OFFICER ), RULES OF PROHIBITED CONDUCT. THIS INCIDENT WAS
          REFERRED TO THE SHIFT SUPERVISOR FOR FURTHER DISPOSITION.

     REPORT WRITTEN: 10/14/2008, AT 09:00   OFFICER: HJR45 - HARRIS, JOSHUA R.
     ASSIGNED AND APPROVED BY: CFM05 - CHESTNUT, FELICIA M.
-------------------------------------------------------------------------
  II.  INVESTIGATION:
          INMATE OFFERED STAFF ASSISTANCE: DECLINED

     INVESTIGATION BEGUN:  10/14/2008, AT 11:30   OFFICER: HJL44 - HERNANDEZ, JOHNN
     INVESTIGATION ENDED:  10/17/2008, AT 14:26
-------------------------------------------------------------------------
  III. INMATE NOTIFICATION OF CHARGES: DATE DELIVERED: 10/17/2008, AT: 14:26

                      DELIVERED BY : HJL44 - HERNANDEZ, JOHNNY L.
-------------------------------------------------------------------------
  IV.  DESIGNATING AUTHORITY REVIEW    LEVEL: MAJOR    DATE: 10/20/2008

                      OFFICER: WRE12 - WOODALL, RONNIE
-------------------------------------------------------------------------
  V.          TEAM    FINDINGS AND ACTION   DATE: 10/22/2008, AT: 05:00
          INMATE OFFERED STAFF ASSISTANCE: DECLINED
          INMATE PLEA: NO PLEA      FINDINGS: GUILTY
          INMATE PRESENT: REFUSED TO APPEAR
       POSTPONEMENT:
       BASIS FOR DECISION:
          SUBJECT WAS FOUND GUILTY OF CHARGE 1-19 BASED ON THE
          EYEWITNESS TESTIMONY OF OFFICER HARRIS WHO OBSERVED THE
          SUBJECT STATE "FUCK YOU WHITE BOY", AND THEN ATTEMPT TO HEAD
          BUTT THE OFFICER. LET IT BE NOTED THAT THE INMATE REFUSED TO
          APPEAR AT THE HEARING AND SIGN THE DC6-112 WAIVER FORM.

     ACTIONS TAKEN:
       LOSS OF GAIN TIME:          0000; PROBATION DAYS SET: 000
       DISCIPLINARY CONFINEMENT:    60; PROBATION DAYS SET:   0 CONSECUTIVE
                                  0000                      000

     RESTITUTION:        $.00; INDIV.REVIEW/COUNSEL?: N; CONFISCATE CONTRABAND?: N
       COMMENTS:
          ALL ATTACHMENTS WERE VIEWED AND CONSIDERED BY THE TEAM.

  TEAM CHAIRMAN:   TAM05 - TYSON, A. M.
```

```
    TEAM MEMBERS:    SRL19 - SALLE, RANDOLPH L.
----------------------------------------------------------------------
VI. REVIEW AND FINAL ACTION: NO FINAL ACTION
        WARDEN:           -                           DATE: 00/00/0000
----------------------------------------------------------------------
VII. APPEAL PROCESS DISPOSITION: NO INSTITUTIONAL ACTION
        WARDEN:           -                           DATE: 00/00/0000
----------------------------------------------------------------------
    INFORMATIONAL NOTES:
        MAXIMUM GAIN TIME DAYS AVAILABLE TO BE TAKEN:    180 DAYS
----------------------------------------------------------------------
DC4-804
```

| 24 Hour/Refusal to Appear Waiver | | |
|---|---|---|
| State of Florida | Log # 213- | Department of Corrections |

### I. Identifying Inmate Information

DC # B02769    Inmate Name York, Herbert

Violation Code and Short Title  1-19

Date Report Written  10-14-08

### II.

**A.** ☐ **Waiver of 24 Hour Waiting Period**

I waive my right to the provision of Rule 33-601 stipulating that the disciplinary hearing is not to commence prior to 24 hours of delivery of the charges. My signature below attest to the fact that I do so voluntarily and that I understand that the disciplinary hearing may commence at the discretion of the Team Chairman/Hearing Officer.

**B.** ☒ **Waiver of Right to be Present at Disciplinary Hearing**

I waive my right to be present at the disciplinary hearing for the disciplinary report described in Section I above. My signature below attests to the fact that I do so voluntarily and that I am aware that the disciplinary hearing will be conducted in my absence.

Inmate Signature  Refused to sign    Date 10-22-08

Signature of Witnessing Employee _____

### III. Refusal of Right to be Present at Disciplinary Hearing

The inmate identified in Section I above refused to appear at the Disciplinary Hearing and refused to affix his signature to:   Section II. A. ☐    Section II. B. ☒

My signature attests to the fact that the inmate was given the opportunity to be present at the disciplinary hearing and that the inmate voluntarily refused to be present and refused to participate in attesting to that decision by signing this form.

Signature of Witnessing Employee  Rd Snow Sgt SRCL21    Date 10-22-08   0500 hrs

### IV. Additional Comments:

Inmate refused to participate

DC6-112D (Revised 5-00)    Original: Inmate File    Copy: Central Office