IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**HERBERT D. YORK, DC# B02769**

    Plaintiff,

vs.                                                       Case No. **3:10-cv-920-J-32TEM**

**FELICIA CHESTNUT, et al.,**

    Defendants.

_____/

Sworn Interview of Inmate Herbert D. York #B02769
IG Investigation Number 08-28350

DAY:    Wednesday

DATE:    November 19, 2008

TIME:    1:13 p.m.

LOCATION: Union Correctional Institution,
7819 N.W. 228th Street
Raiford, Florida
32026-4000

**REPORTER'S KEY TO PUNCTUATION**

(--)    at end of question or answer references interruption
(...)   references a trail-off by the speaker; No testimony omitted
(Uh-huh) references an affirmative sound
(Huh-uh) references a negative sound.
(sic)   references a misstatement.



~ 1 ~

## **CERTIFICATE OF TRANSCRIPTION**

STATE OF FLORIDA       )
                                           )
COUNTY OF LEON        )

      I, **CHRYSTAL HARWOOD,** paralegal specialist for the State of Florida, do hereby certify that I was authorized to and did transcribe the interview between Inspector Snow and Herbert D. York DC# B02769 and that the foregoing transcript is a true record of the taped recorded interview that occurred on 19th day of November 2008.

                                                          CHRYSTAL HARWOOD
                                                          Paralegal Specialist

Sworn to and subscribed before me this 16th day of August 2011.

_____
(Signature of Notary Public, State of Florida)

_____
Print, type or stamp commissioned name of notary public

LORI ANN OAKLEY
MY COMMISSION # DD 793341
EXPIRES: June 13, 2012
Bonded Thru Notary Public Underwriters

Personally known ✓ or
produced identification ____ (type of identification _____)

~ 2 ~

## Sworn Interview of Inmate Herbert York #B02769
### IG Investigation Number 08-28350

Q:   This is going to be an interview of inmate Herbert York DC number B07 --

A:   No, B uh--

Q:   B02769 conducted at Union Correctional Institution O dorm, upstairs conference room on November uh 19th of 2008, beginning time is 1:13 pm. I'm Inspector Snow with the Inspector General's Office; I'm in charge of this investigation and conducting this interview. Inmate York as you can see we are being audio recorded?

A:   Yes sir.

Q:   Okay. There are certain things you should be aware of prior to being asked any questions during this interview. This interview is part of an official administrative investigation being conducted by the Inspector General's Office and the rules of the Department require you to answer all questions truthfully. Um, if I later find out that you've lied to me or purposefully mislead me, you understand that you could be written a DR, charged criminally. Correct?

A:   Yes sir.

Q:   Okay. If you would go ahead and raise your right hand for me. Do you solemnly swear the affirmed statement you're about to give me is the truth, the whole truth, and nothing but the truth?

A:   Yes sir.

Q:   Okay. If you would go ahead and give me your full name, title and date of birth, and spell your name.

A:   Herbert Demond York H-e-r-b-e-r-t D-e-m-o-n-d Y-o-r-k, date of birth 16/18, 6/18/84.

Q:   Okay, I'm down here in relation to IG case #08 uh 28350, Use of Force #2008 213 0333. It's a use of force that occurred on uh October 14 of 2008, um where you had force used on you. You going to tell me a little bit about what happened on this date and then uh you know what happened during the use of force and um you claimed excessive force and- and how the force was excessive.

A:   Um, Officer ah Kelly --

Q:   Okay.

~ 1 ~

A: And um Nash came up, came to my cell, I got a...7 7:20 7:30 something, around that time.

Q: In the morning?

A: In the morning.

Q: Okay

A: And uh ask me do, I going my um psych call out to see um my psych therapist.

Q: Okay.

A: And I told 'um yeah. And they put me in waist chains and shackles, escorted me down on Wing 2 upstairs out of cell um 12 --

Q: Okay.

A: Wing 2 upstairs. Escorted me down the hallway and when, by the time I got in front of Officer Station

Q: Yeah.

A: When-when I got by the door, this door right here, for one downstairs, Officer Christie opened the door up, opened the door up for this room right here.

Q: Uh-huh.

A: While it was dark yo, grabbed me by my collar and slammed me and throwed (sic) me, my head to wall.

Q: Okay so he throwed (sic) he, you were coming off of what wing 2?

A: Wing 2. Going if…going downstairs.

Q: Okay, the he-he...this room right here?

A: Yeah.

Q: This conference room right here?

A: This conference room right here.

Q: Okay, he opened the door up, grabbed you?

A: And throwed (sic) me.

Q: Throwed (sic) you in here.

A: Yes sir.

Q: Okay, and you hit your head?

A: And I hit my head --

Q: Uh-huh.

A: and I stumbled. And he pushed me to the ground. It was dark. Um, they started hitting me with the radios. K-kelly, Nash an-an-and Christie started hitting me with the radios and punching me and stuff.

Q: Okay.

A: Um --

Q: Well if it was dark how do you know it was Kelly and Christie and Nash?

A: Cause I sat there in the room, they all came in the room.

Q: Okay.

A: And its like with radios. With the radio an-and started punching and kicking me and stuff.

Q: Okay.

A: And uh-um Lt. came in --

Q: Which Lt?

A: Uh-um, she's a Captain now, Felicia Chestnut.

Q: Okay, this is sergeant uh --

A: Captain --

Q: Lieutenant Chestnut.

~ 3 ~

A:    Came in and she kicked me in the forehead and that's all I seen after that. I woke up and walked down stairs and um I had both my eyes swollen and black. I had my mouth uh swollen, my forehead from one side to the other swollen. I had to get stitches um-um on my eye, on my head. Glue stitches on-on the other side of my um head --

Q:    So you got, you actually got real stitches or glue stitches?

A:    I got real stitches and glue stitches.

Q:    Okay. Where did you get the real stitches?

A:    On my-my right side head right there.

Q:    Okay --

A:    **(inaudible)**

Q:    Alright.

A:    On my left side of eyebrow.

Q:    Left side of your eyebrow.

A:    Right there.

Q:    Okay. And then the right side of your head, you said?

A:    The right side of my head I had got real stitches.

Q:    Okay and then where did you get the glue stitches at?

A:    Um, on my-my left side of my head --

Q:    Okay.

A:    and on the back of my head.

Q:    Okay, so you got glue… got the glue done on two spots. Okay.

A:    **(inaudible)**

Q:    Alright, you said uh both of your eyes was black and blue --

A:    Completely shut. Yep.

~ 4 ~

Q: swole up across the forehead. How many times did you get hit --

A: Uh --

Q: that you know of?

A: I got beat for like five min-, numerous times, I can't-can't even count.

Q: For how long, five minutes?

A: Ab-a-about a good five minutes.

Q: Okay, was you kicked and punched, or were you just hit with the radio?

A: Kicked and punched and they-they whooped me up. It-it happened because of uh-uh-um lawsuit paperwork that was found by the officer.

Q: Okay. A lawsuit?

A: Lawsuit paperwork --

Q: Uh-huh.

A: that was found by the officer.

Q: Uh-huh. And you said that Lieutenant or Lieutenant now Captain Chestnut came in and kicked you?

A: In the forehead.

Q: Alright, how many times did she kick you?

A: Only remember one kick.

Q: Okay. And she did that right here in this room?

A: In this room. I had wrote a um an informal a formal grievance before this incident occurred. Twice, one back in July when Christie say we got off-off of um on p-probation, whatever it called, for whipping inmate named Darryl Strickland he was going jump on me. I wrote an informal grievances up and I wrote one like three days 'fore this incident happened because Lt. Chestnut came and she stopped by the door and told Officer Norbert that she going to set me up she would be a witness. I had wrote it up like three days before the incident occurred.

~ 5 ~

Q: Okay. Did you ever receive an answer back on that grievance so I can pull it?

A: Yeah I received answer back.

Q: Okay. Alright, well I will check that one out. Um, anybody witness this besides the staff members that you're saying beat cha and kicked ya?

A: Um, they tried to say it happened in my room --

Q: Um-huh.

A: An-and it-its-it never happened in my room. I had wrote up a um appeal they say they can't put a camera, cause they wouldn't let me (Cough) make a witness statement.

Q: Okay. Did they uh...You didn't try to head butt Officer uh Harris?

A: No sir.

Q: They said you tried to head butt him.

A: No sir.

Q: You didn't try to head butt him?

A: No sir.

Q: You didn't try to fight at all?

A: No sir.

Q: Were you greased up in any way?

A: Greased up?

Q: Yeah. Did you have grease on you?

A: No sir.

Q: (Cough) They put on here you had grease on you.

A: No sir. Only way I put grease is in my hair an-and that's about it --

Q: Right.

~ 6 ~

A: Cause my skin be an-and on my skin and my face, but I been did that. You know cause my skin get ashy (Cough)

Q: So you did have some grease on your skin, hair and face then?

A: Yeah, but not, it-it-it been on there you know.

Q: Yeah, okay. (Pause) You said no other witnesses besides them staff members, right?

A: Cause they, it-it happen right here. Okay one witness, but she's a staff. She didn't never report nothing about it though.

Q: Who was that?

A: Um, she work midnight shift uh 12-8, black female she work upstairs, she work five days out the week, Ms. Robertson-Ms. Roberts, something like that.

Q: Okay. Alright, so she witnessed it. (Cough) I think she wrote an incident report, let me see. (Pause) Yeah, she wrote an incident report that she witnessed force used on you. Um, and you wrote a grievance, right? Or you wrote a, wrote a witness statement, right?

A: Uh-uh-uh, um I when I was in the infirmary cause I was put on medication for due to all the incident and I was in the infirmary and I-I wrote one statement.

Q: Okay, well I got that statement right here, alright. Um, I don't think I got any further questions. You got anything further you want to add to this?

A: Yeah, cause they say the incident happened in my room which was on my DR. They say the incident happened in my room and I want-a you-you look at the camera at the same date and time it will show none of this incident never went down.

Q: Don't say it happened in your room. Says right here, it says 'forced him face first against the upstairs conference room door'. They said it happened against that door right here.

A: In my DR appeal where they found me guilty, say it happened inside my room. Okay, in O dorm 12-wa-2 room 12 --

Q: Okay.

A: upstairs.

Q: Okay, I'll take a look at your DR whenever I get done with this.

~ 7 ~

A: And it happened in here.

Q: Okay.

A: You see my both, my eyes still got black marks for the incident on the bottom, underneath. Still got black marks --

Q: I just see kind of shadows, just like mine. Everybody got that, a little bit of blackness up under there. But they got pictures of you so. Um --

A: They didn't take no pictures of me.

Q: They didn't take no pictures of you?

A: They didn't take no pictures of me.

Q: Alright, --

A: They --

Q: they got it marked in your thing though --

A: They--

Q: on your medical. They didn't take any pictures?

A: They didn't take any pictures.

Q: Alright. But you were on hand held camera right?

A: Aft-after the incident.

Q: Right, that's what I mean. So I can see your injuries on the camera --

A: **(inaudible)**

Q: on the hand held camera, alright. I don't think I've got any further questions of you at this time. Have you been threatened, promised or caroused in any way to give me this statement today?

A: No sir.

~ 8 ~

Q:     Alright, at this time I'm going to conclude the interview. Ending time of the statement is going to be 1:22 pm. Same two persons present in the O dorm upstairs conference room. Um ending time of 1:23.

### REPORTER'S KEY TO PUNCTUATION

(--)    at end of question or answer references interruption
(...)    references a trail-off by the speaker
(Uh-huh)    references an affirmative sound
(Huh-uh)    references a negative sound.
(sic)    references a misstatement.
(inaudible)