STATE OF FLORIDA
DEPARTMENT OF CORRECTION

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From: YORK, HERBERT D.  B02769  UNION CORR. INST.
      Last  First  Middle Initial   Number   Institution

Part A – Inmate Grievance

〈GRIEVANCE OF A SENSATIVE NATURE〉 〈GRIEVANCE OF A SENSATIVE NATURE〉

THIS "REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL" IS BROUGHT PURSUANT TO RULE 33-103-006, F.A.C. STATING A "GRIEVANCE OF A SENSATIVE NATURE" AGAINST STAFF FOR CORPORAL PUNISHMENT AND/OR EXCESSIVE FORCE.

ON OCTOBER 14, 2008, AT OR ABOUT 8:00 A.M. OR 9:00 A.M., OFFICER NASH, W/M, AND OFFICER KELLY, W/M, PLACES ME IN FULL RESTRAINTS (i.e., HANDCUFFS, WAIST CHAIN, AND LEG IRONS) AND PULLED ME FROM MY CELL, WHICH WAS CELL # O-2212, AFTER TELLING ME I HAD A CALL OUT. AS THEY ESCORTED ME FROM MY CELL DOWN THE CORRIDOR AND INTO THE SECTION OF THE DORM REFERRED TO AS THE "QUARTER-DECK," WHICH IS LOCATED IN FRONT OF THE DORM'S CONTROL BOOTH. UPON ARRIVING AT SAID LOCATION, C/O NASH STATED: "WE HAVE A SURPRISE FOR YOU!" AND SMILED DEVILISHLY. AS I CONTINUED TO WALK TOWARDS THE STAIRS, OFFICER CHRISTIAN GRABBED THE COLLAR OF MY SHIRT, AND STATED: "OH, YOU LIKE TO FILE LAW SUITS AGAINST MY COWORKERS, HUH?" WHILE PUSHING ME & CAUSING ME TO STUMBLE INTO AN UNLIT ROOM, WHERE THE PSYCHE SPECIALISTS INTERVIEW INMATES. AS SOON AS I STEPPED OR STUMBLE INTO THIS DARKENED ROOM, OFFICER CHRISTIAN, W/M, SLAMMED HIS RADIO (WALKIE-TALKIE) INTO THE BACK OF MY HEAD, SPLITTING THE FLESH INSTANTLY, AND ALMOST CAUSING ME TO BLACK OUT. HE THEN push me agest the wall CAUSING ME TO FALL FACE DOWN UNTO THE FLOOR, BUSTING MY MOUTH OPEN AND INJURING MY JAW. I WAS SAVAGELY BEATEN BY ALL OF THE AFORESAID OFFICERS, AND A NUMBER OF OTHERS, WHOSE NAMES ARE PRESENTLY UNKNOWN TO ME. I WAS BEAT FOR WHAT SEEMED LIKE FIVE STRAIGHT MINUTES BEFORE I BLACKED OUT UNCONSCIOUS. WHEN I AWAKENED, I WAS IN THE SALLY PORT, WITH BOTH MY EYES SWOLLEN AND BLACK SHUT, MY JAW AND HEAD SWOLLEN UP, AND MY LIPS PULPED AND BUSTED. I WAS GIVEN STITCHES BENEATH ONE OF MY EYES AND FOR THE GASHES IN MY HEAD.

OCTOBER 17, 2008              Herbert D York B02769
DATE                          SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS: 0 / _____
                                                                        #        Signature

SEE ATTACHED RESPONSE    SEE ATTACH   INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the sensitive nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative feels that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level.

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: C510-213-145   _____
                            (Date)                                                       (Received By)

DISTRIBUTION:  INSTITUTION/FACILITY      CENTRAL OFFICE
               INMATE (2 Copies)         INMATE
               INMATE'S FILE             INMATE'S FILE - INSTITUTION/FACILITY
               INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                         CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Revised 2/05)

DEFENDANT'S EXHIBIT Q

In Requesting a Review of the audio cassette tape that made me being escorted after I was physically assaulted by the B-side officers. I am also requesting a grievance hold on said tape that it my be reviewed by my attorney, and possibly kept for Evidence for my civil suit please hold the cameras on wing (2) up stairs and wing (1) and (3) down stairs on 10-14-08 at the hours of 4:40 $M and 9:00

Thanks for your help!!

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

## PART B - RESPONSE

| YORK, HERBERT | B02769 | 0810-213-145 | UNION C.I. | O1202S |
|---|---|---|---|---|
| INMATE | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been reviewed and evaluated. The issue of your complaint has been referred to Office of the Inspector General for appropriate action. Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling.

As action has been initiated, you may consider your request for administrative remedy approved from that standpoint.

C. Brown                    M. Hicks

_____    _____    10-21-08
SIGNATURE AND TYPED OR PRINTED NAME    SIGNATURE OF WARDEN, ASST. WARDEN, OR    DATE
OF EMPLOYEE RESPONDING    SECRETARY'S REPRESENTATIVE

COPY DISTRIBUTION -INSTITUTION / FACILITY
(2 Copies) Inmate
(1 Copy) Inmate's File
(1 Copy) Retained by Official Responding

COPY DISTRIBUTION - CENTRAL OFFICE
(1 Copy) Inmate
(1 Copy) Inmate's File - Inst./Facility
(1 Copy) C.O. Inmate File
(1 Copy) Retained by Official Responding

**MAILED**
OCT 21 2008
UCI GRIEVANCE OFFICE