CLOSED

## U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00945-TJC-JRK

York v. Chestnut et al
Assigned to: Judge Timothy J. Corrigan
Referred to: Magistrate Judge James R. Klindt
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 10/01/2008
Date Terminated: 08/24/2009
Jury Demand: None
Nature of Suit: 555 Prisoner Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Herbert Demond York**     represented by **Herbert Demond York**
B02769
Union Correctional Institution
7819 N.W. 228th Street
Raiford, FL 32026
PRO SE

V.

**Defendant**

**Lt. Felicia Chestnut**
*in his/her individual capacity*

**Defendant**

**Sergeant B. Harper**
*in his/her individual capacity*

**Defendant**

**Sergeant Bailey**
*in his/her individual capacity*

**Defendant**

**Officer M.L. Lewis**
*in his/her individual capacity*

**Defendant**

**Officer J.R. Harris**
*in his/her individual capacity*

**Defendant**

**Officer Ruilse**
*in his/her individual capacity*

**Defendant**


DEFENDANT'S EXHIBIT R

**A. Garza**
*Officer, in his/her individual capacity*

<u>Defendant</u>

**Officer J.J. Oliver**
*in his/her individual capacity*

<u>Defendant</u>

**Nurse Wilson**
*in his/her individual capacity*

<u>Defendant</u>

**Michael Hicks**
*Warden, in his/her individual capacity*

<u>Defendant</u>

**Union Correctional Inspector Staff**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/01/2008 | 1 | COMPLAINT against Ms. Wilson, Michael Hicks, Union Correctional Inspector Staff, Felicia Chestnut, B. Harper, Sergeant Bailey, M.L. Lewis, J.R. Harris, Ruilse, D. Garza, J.J. Oliver filed by Herbert Demond York. (No Copies Received)(EAM) (Entered: 10/01/2008) |
| 10/01/2008 | 2 | MOTION for leave to proceed in forma pauperis/affidavit of indigency by Herbert Demond York. (EAM) Motions referred to Magistrate Judge James R. Klindt. (Entered: 10/01/2008) |
| 10/01/2008 | 3 | PRISONER consent form and financial certificate by Herbert Demond York. (EAM) (Entered: 10/01/2008) |
| 10/01/2008 | 4 | DECLARATION of Statement of Facts of Herbert Demond York re 1 Complaint by Herbert Demond York. (EAM) (Entered: 10/01/2008) |
| 10/01/2008 | 5 | AMENDED STANDING ORDER: Filing of documents that exceed twenty-five pages. Signed by All Jacksonville Divisional Judges on 5/25/2005. (EAM) (Entered: 10/01/2008) |
| 10/08/2008 | 6 | NOTICE of designation under Local Rule 3.05 - track 1. Signed by Deputy Clerk on 10/8/2008. (MD) (Entered: 10/08/2008) |
| 10/30/2008 | 7 | ORDER granting 2 Motion for leave to proceed in forma pauperis/affidavit of indigency to the extent that the case may proceed without prepayment of the entire filing fee, and requiring Petitioner, within 30 days, to pay the $1.00 initial filing fee. Signed by Magistrate Judge James R. Klindt on 10/30/2008. (BL) Modified text on 11/5/2008 (SPW). (Entered: 10/30/2008) |
| 12/31/2008 | 8 | ORDER TO SHOW CAUSE, requiring Plaintiff, within 30 days, to show cause why this case should not be dismissed for his failure to pay the partial filing fee. Signed by Magistrate Judge James R. Klindt on 12/31/2008. (BL) |

| | | |
|---|---|---|
| | | (Entered: 12/31/2008) |
| 01/15/2009 | 9 | RESPONSE TO 8 ORDER TO SHOW CAUSE, filed by Herbert Demond York (Titled: Why Should This Case Pro Se). (SPW) (Entered: 01/15/2009) |
| 02/23/2009 | 10 | ORDER requiring Plaintiff, within 30 days, to pay the $1.00 initial partial filing fee. Signed by Magistrate Judge James R. Klindt on 2/20/2009. (BL) (Entered: 02/23/2009) |
| 03/30/2009 | 11 | EXHIBITS re 1 Complaint by Herbert Demond York (filed separately). (Entitled: Notice to the Court) (TD) (Entered: 03/31/2009) |
| 03/31/2009 | 12 | ORDER TO SHOW CAUSE, requiring Plaintiff, within 30 days, to show cause why this case should not be dismissed for failure to pay the partial filing fee. Signed by Magistrate Judge James R. Klindt on 3/30/2009. (BL) (Entered: 03/31/2009) |
| 04/09/2009 | 13 | MOTION for leave to proceed in forma pauperis/affidavit of indigency by Herbert Demond York. (TD) Motions referred to Magistrate Judge James R. Klindt. (Entered: 04/09/2009) |
| 04/09/2009 | 14 | AFFIDAVIT of indigency by Herbert Demond York. (TD) (Entered: 04/09/2009) |
| 04/09/2009 | 15 | RESPONSE re 10 Order (Entitled: Motion on Why Was the Delay of The Case) filed by Herbert Demond York. (TD) (Entered: 04/09/2009) |
| 04/22/2009 | 16 | MOTION to amend/correct 1 Complaint by Herbert Demond York. (TL) (Entered: 04/22/2009) |
| 05/19/2009 | 17 | ORDER granting 13 Motion for leave to proceed in forma pauperis/affidavit of indigency; granting 16 motion to amend/correct, and Plaintiff, within 60 days, shall file an Amended Complaint that reflects the proposed changes. Signed by Magistrate Judge James R. Klindt on 5/16/2009. (BL) (Entered: 05/19/2009) |
| 08/21/2009 | 18 | ORDER dismissing case, with directions to the Clerk. Signed by Judge Timothy J. Corrigan on 8/21/2009. (DD) (Entered: 08/21/2009) |
| 08/24/2009 | 19 | JUDGMENT Signed by Deputy Clerk on 8/24/2009. (TL) (Entered: 08/24/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/17/2011 12:52:08 | | | |
| PACER Login: | fg1266 | Client Code: | york |
| Description: | Docket Report | Search Criteria: | 3:08-cv-00945-TJC-JRK |
| Billable Pages: | 3 | Cost: | 0.24 |