UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT D. YORK,

    Plaintiff,

v.                                                        Case No. 3:10-cv-920-J-32TEM

CAPT. FELICIA D. CHESTNUT, et al.,

    Defendants.

## ORDER

Upon review, it is hereby

**ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation (Doc. #101), to which no objections have been filed, is hereby **adopted** as the opinion of the Court.

    2.    Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. #41) is **GRANTED** only to the extent that the following claims are dismissed for failure to state a claim upon which relief may be granted: (1) the claims of verbal abuse against Defendants Christie, Nash and Chestnut; (2) the claim that prison officials were deliberately indifferent to Plaintiff's serious medical needs in violation of the Eighth Amendment; and (3) the claim that prison officials removed or destroyed Plaintiff's property. Judgment to that effect will be withheld pending adjudication of the action as a whole. See Fed. R. Civ. P. 54.

1

3.     Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (Doc. #41) is **DENIED** in all other respects.

**DONE AND ORDERED** at Jacksonville, Florida this 9th day of September, 2013.

_____
TIMOTHY J. CORRIGAN
United States District Judge

ps 8/30
c:
Herbert D. York
Counsel of Record
The Honorable Thomas E. Morris, United States Magistrate Judge