Jacksonville Division

FILED

To Clerk of Court

From Herbert D. York.

2013 NOV -4 PM 2:40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL

3:10 cv-920-J-32-PDB

"Notice of Change of Address"

I am hereby Notify you my current address. Is 441 E. Glendale Dr Florence S.C. 29506. Can you please send all my legal document to the above addres.

Thank You!

x Herbert D. York

441 E. Glendale Dr
florence South Carolina
29506

Certificat of Service
I hereby file this notice of address to the following address to:

300 N. hogan strict Ste # 9-150
Jacksonville Florida 32202