UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT D. YORK,

        Plaintiff,

v.                                    Case No. 3:10-cv-920-J-32PDB

CAPT. FELICIA D. CHESTNUT, et al.,

        Defendants.

## ORDER SCHEDULING A SETTLEMENT CONFERENCE

1. Pursuant to the Court's Order (Doc. #111), a settlement conference is hereby set before the undersigned on **Tuesday, January 7, 2014, at 10:00 a.m.**, at the United States Courthouse, Courtroom No. 5C, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.

2. The *pro se* Plaintiff,[1] lead counsel for the Defendants and a representative of the Division of Risk Management with full settlement authority shall personally attend the settlement conference.

3. No later than **Friday, December 27, 2013**, each party shall submit for the Court's consideration an "open" memorandum setting forth their respective positions on settlement. These "open" memoranda should not be filed with the Clerk of the Court, but

---

[1] The Court notes that Plaintiff was released from prison on October 26, 2013. Plaintiff informed the Court that he now resides in South Carolina. Plaintiff is responsible for any expenses he incurs to attend the settlement conference. Plaintiff's failure to appear at the settlement conference may result in the dismissal of this action without further notice.

rather submitted to the Clerk for delivery directly to Judge Richardson's chambers. Each party must provide a copy to the opposing party. In addition to this "open" memorandum, at the same time, each party shall submit to the Court only, and not to the opposing party, a memorandum marked "CONFIDENTIAL." These "confidential" memoranda shall set forth the ultimate settlement position to which each party would be willing to agree. These "confidential" memoranda are for the Court's benefit only, and the contents will not be communicated to anyone. At the conclusion of the settlement conference, whether or not settlement is reached, these memoranda will be destroyed by the Court.

   4. If the parties settle this case at any time prior to the settlement conference, they shall immediately notify the Court by filing the appropriate documentation.

   **DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of December, 2013.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

ps 12/3
c:
U.S. Marshal
Courtroom Deputy for Judge Richardson
Herbert D. York
Counsel of Record
Division of Risk Management