United States District Court
Middle District of Florida
Jacksonville Division

Herbert Demond York
　Plaintiff   Case No: 3:10-CV-920-J-32TEM
V.   ~~Case No. 3:12-CV-630-J-99-MMH-JBT~~
Robert Metz, et al.,
Defendants

Plaintiff York motion to a (60) day's extension of time to respond to the court order for plaintiff to file a Pretrail Narrative Statement.

Plaintiff through undersigned counsel, hereby moves to this honorable court for an (60) days extension of time to respond to the court order for plaintiff to file a pretrail Narritive Statement on or before Dec 20, 2013. In which plaintiff state the following facts below.

1. Plaintiff is no longer housed with the (Florida) department of correction
2. Plaintiff will need additional time to gather up futher discovery to gather up all witnessess.

3. Undersigned council will need a extension of time for futher discovery

Memorandum of Law
Persuant to Fedural Rule of Civil Procedure, Rule 6(b):

When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) With or without motion or notice if the court acts, or if a request is made, before the original time or its exstension expires; or (B) on motion made after the time has expired if the party failed to act because of excustable neglect.

Based on a fact that the undersigned need additional time in which to obtain witnessess affiviats - discovery The undersigned respectfully request an alargement of time of (60) day in which to respond in court order. Granting the request inlargement of time will not prejudice plaintiff an will

Serve the entrance of Justice this motion for extension of time is made in good faith and not for the purpose of delay.

Certificate of Service

I hereby certify that a true copy of the foregoing has been furnished by U.S. Mail to: Herbert D. York to: 300 N. Hogan Street Ste 9-150 Jacksonville Flordia 32202 12-8-13

x Herbert D. York
12-8-2013